**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

TIMOTHY P. NEUMANN, ESQ. [TN6429]
BROEGE, NEUMANN, FISCHER & SHAVER, L.L.C.
25 Abe Voorhees Drive
Manasquan, NJ 08736
(732) 223-8484
tneumann@bnfsbankruptcy.com
*Attorneys for Debtor-in-Possession Mark B. Engel*

Order Filed on July 19, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

MARK B. ENGEL,
            Debtor.

Chapter 11

Case No.: 19-20646

Judge: Michael B. Kaplan

Recommended Local Form:    ■ Followed    ☐ Modified

## ORDER AUTHORIZING RETENTION OF BROEGE, NEUMANN, FISCHER & SHAVER, L.L.C. AS ATTORNEY FOR THE DEBTOR

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: July 19, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2

Debtor:  Mark B. Engel
Case No:  19-20646
Applicant:  Mark B. Engel

(check all that apply)   ☐ Trustee:   ☐ Chapter 7   xx Chapter 11  ☐ Chapter 13
　　　　　　　　　　　■ Debtor:    ■ Chapter 11  ☐ Chapter 13
　　　　　　　　　　　☐ Official Committee of _____

Name of Professional:　　Timothy P. Neumann Esq.,
　　　　　　　　　　　　Broege, Neumann, Fischer & Shaver, L.L.C

Address of Professional:　25 Abe Voorhees Drive, Manasquan, NJ  08736

■ Attorney for:　　☐ Trustee　　■ Debtor　　☐ Official Committee of _____
☐ Accountant for:　☐ Trustee　　☐ Debtor　　☐ Official Committee of _____
☐ Other Professional:　　☐ Realtor　☐ Appraiser  ☐ Special Counsel　☐ Auctioneer
　　　　　　　　　　　　☐ Other (specify)_____

　　　Upon the applicant's request for authorization to retain the professional named above, it is hereby ORDERED as follows:

　　　1.　The applicant is authorized to retain the above party in the professional capacity noted.

　　　2.　Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefore.

　　　3.　The effective date of the retention is the date the application was filed with the Court.