**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

TIMOTHY P. NEUMANN, ESQ. [TN6429]
BROEGE, NEUMANN, FISCHER & SHAVER, L.L.C.
25 Abe Voorhees Drive
Manasquan, NJ 08736
(732) 223-8484
tneumann@bnfsbankruptcy.com
*Attorneys for Debtor-in-Possession, Mark B. Engel*

Order Filed on July 24, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

MARK B. ENGEL,
            Debtor.

Chapter 11

Case No.: 19-20646

Judge: Michael B. Kaplan

Recommended Local Form: ■ Followed ☐ Modified

## ORDER AUTHORIZING RETENTION OF ZEV KAUFMAN AS ACCOUNTANT FOR THE DEBTOR

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: July 24, 2019**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2

Debtor: Mark B. Engel
Case No: 19-20646
Applicant: Mark B. Engel

(check all that apply)  ☐ Trustee:   ☐ Chapter 7   xx Chapter 11  ☐ Chapter 13
                       ■ Debtor:    ■ Chapter 11  ☐ Chapter 13
                       ☐ Official Committee of _____

Name of Professional:      Zev Kaufman

Address of Professional:   7 Cabinfield Circle, Lakewood, NJ 08701

☐ Attorney for:      ☐ Trustee    ☐ Debtor     ☐ Official Committee of _____
■ Accountant for:    ☐ Trustee    ■ Debtor     ☐ Official Committee of _____
☐ Other Professional:    ☐ Realtor   ☐ Appraiser   ☐ Special Counsel   ☐ Auctioneer
                         ☐ Other (specify)_____

Upon the applicant's request for authorization to retain the professional named above, it is hereby ORDERED as follows:

1. The applicant is authorized to retain the above party in the professional capacity noted.

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefore.

3. The effective date of the retention is the date the application was filed with the Court.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-20646-MBK
Mark B. Engel                                                             Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Jul 24, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 26, 2019.
db             Mark B. Engel,    40 Steven Ln,    Lakewood, NJ  08701-1545

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2019                              Signature:  /s/Joseph Speetjens

_____

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 24, 2019 at the address(es) listed below:
              Kevin Gordon McDonald    on behalf of Creditor    MTGLQ INVESTORS, LP kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Lauren  Bielskie    on behalf of U.S. Trustee    U.S. Trustee lauren.bielskie@usdoj.gov
              Timothy P. Neumann     on behalf of Debtor Mark B. Engel timothy.neumann25@gmail.com,
               btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;alexandragrant.law@gmail.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4