UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in compliance with D.N.J. LBR 9004-1(b)**

**HILL WALLACK LLP**
Elizabeth K. Holdren, Esq.
21 Roszel Road
P.O. Box 5226
Princeton, NJ 08543
Phone: 609-924-0808
Email: eholdren@hillwallack.com
*Attorneys for NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for MTGLQ Investors, L.P.*

| | |
|---|---|
| In Re: | Case No.: 19-20646 |
| Mark B. Engel, | Chapter: 11 |
| Debtor. | Judge: MBK |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for MTGLQ Investors, L.P.  Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:    Elizabeth K. Holdren, Esq.
Hill Wallack, LLP
21 Roszel Road,
P.O. Box 5226
Princeton, NJ 08543

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

DATED:  September 17, 2019          HILL WALLACK, LLP

By: */s/ Elizabeth K. Holdren*
Elizabeth K. Holdren