DISTRICT OF _NJ_

In re _MARY ENDE_  Case No. _19-20646/MBK_
Reporting Period: _JULY 2019_

## MONTHLY OPERATING REPORT
(INDIVIDUAL WAGE EARNERS)

File with Court and submit copy to United States Trustee within 20 days after end of month

Include FORM MOR-1 (INDV) if debtor is a wage earner.
Substitute FORM MOR-2 (RE) for MOR-2 if case is a Single Asset Real Estate case.
Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | ✓ | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | ✓ | |
| Copies of bank statements | | | |
| Cash disbursements journals | | | |
| Statement of Operations | | | |
| Balance Sheet | | | |
| Status of Postpetition Taxes | | | |
| Copies of IRS Form 6123 or payment receipt | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | | | |
| Listing of aged accounts payable | | | |
| Accounts Receivable Reconciliation and Aging | | | |
| Debtor Questionnaire | | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_____
Signature of Debtor

Date: 08/20/19

_____
Signature of Joint Debtor

Date: 

_____
Signature of Authorized Individual*

Date:

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

FORM MOR (INDV)
(9/99)

JULY '19

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(This Form must be submitted for each Bank Account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (INDV) (CON'T)]

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash - Beginning of Month | 300.20 / 266.50 ↓ | 1,208.80 / 1,855.40 ↓ |
| **RECEIPTS** | | |
| Wages (Net) | | |
| Interest and Dividend Income | | |
| Alimony and Child Support | | |
| Social Security and Pension Income | | |
| Sale of Assets | | |
| Other Income (attach schedule) | | |
| Total Receipts | | |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | | |
| Rental Payment(s) | | |
| Other Secured Note Payments | | |
| Utilities | | |
| Insurance | | |
| Auto Expense | | |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | | |
| Medical Expenses | | |
| Household Expenses | | |
| Charitable Contributions | | |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other (attach schedule) | | |
| Travel and Entertainment | | |
| Gifts | | |
| Other (attach schedule) | 666.70 | 2,158.50 |
| Total Ordinary Disbursements | | |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | | |
| U. S. Trustee Fees | | |
| Other Reorganization Expenses (attach schedule) | | |
| Total Reorganization Items | | |
| Total Disbursements (Ordinary + Reorganization) | 666.70 | 2,158.50 |
| Net Cash Flow (Total Receipts - Total Disbursements) | 0 | 2,158.50 |
| Cash - End of Month (Must equal reconciled bank statement) | | |

NEW TD ACCOUNT = $108.05 balance



Statement Period 07/01/19 TO 07/10/19
SIMPLY RIGHT CHECKING

For your convenience our Customer Service Center is available from 6 am - 10 pm EST, 7 days a week.
Call us at 1-877-768-2265
Hearing impaired may call 1-800-428-9121 (TTY/TTD).
www.santanderbank.com

MARK ENGEL
40 STEVEN LN
LAKEWOOD NJ 08701-1545

0000
7 7 00

## Go ahead. Bank on the boardwalk.

With Santander, convenience always shines.

### Use our Mobile Banking App to:
- Change your PIN.
- Set up account alerts.
- Put misplaced cards on hold with Santander Instant Card Hold.

Santander® Instant Card Hold will block most types of transactions, including purchases made with your card. Please note that some types of transactions will continue to process, including recurring debit/credit transactions presented to us by certain merchants for monthly membership or subscription fees.
1907CONV 320310 07/2019

**Statement Period 07/01/19 - 07/10/19**

## SIMPLY RIGHT CHECKING

Account # 3291131967

**MARK ENGEL**

Your account has a zero balance. If you do not deposit funds into your account and it has a zero balance for six months with no activity, we may close your account. If this account is closed and is used to combine your statements, you will receive individual statements and paper statement fees may apply. Fee discounts or waivers, loan rate discounts, and/or interest rate benefits associated with this account will no longer apply if the account is closed. Please review your fee schedule for details. If you have questions, please contact your local branch, or call us at 877-768-2265.

### Balances

| | | | |
|---|---|---|---|
| Beginning Balance | $300.20 | Current Balance | $0.00 |
| Deposits/Credits | +$366.50 | Average Daily Balance | $383.38 |
| Withdrawals/Debits | -$666.70 | | |

### Overdraft/Returned Item Fee Summary

| Fee description | Total for this statement period | Total year to date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $35.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

### Account Activity

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| | | | | $300.20 |
| 07-01 | Beginning Balance | | $200.00 | $100.20 |
| 07-01 | NORTHWESTERN MU ISA PAYMNT190628 *******01 | $366.50 | | $466.70 |
| 07-02 | BRANCH MIXED DEPOSIT AT MADISON | | | |
| | CASH DEPOSIT $ 350.00 | | | |
| | CHECK DEPOSIT $ 16.50 | | $466.70 | $0.00 |
| 07-10 | CLOSING TRANSACTION - WITHDRAWAL | | | |

Santander Bank, N.A. is a Member FDIC and a wholly owned subsidiary of Banco Santander, S.A. ©2019 Santander Bank, N.A. All rights reserved. Santander, Santander Bank, the Flame Logo, and Extra 20 (for checking account services) are registered trademarks, and Extra 20 (for savings account services) is a service mark of Banco Santander.

3291131967



| Account Activity (Cont. for Acct# 3291131967) | Additions | Subtractions | Balance |
|---|---|---|---|
| Date  Description | | | $0.00 |
| 07-10 Ending Balance | | | |

## What You Need to Know About Overdrafts and Overdraft Fees

**Overview**

An <u>overdraft</u> occurs when you do not have enough money in your account to cover a transaction, but we pay it anyway. We can cover your overdrafts in two different ways:
1. We have **standard overdraft practices** that come with your account.
2. We also offer an **overdraft protection plan** which allows you to link other accounts, such as a savings account or an Overdraft Line of Credit, to cover overdrafts in your checking account. This plan may be less expensive than our standard overdraft practices. To learn more, ask us about this plan.

This notice explains our **standard overdraft practices**.

**What are the <u>standard overdraft practices</u> that come with my account?**

We <u>do</u> authorize and pay overdrafts for the following types of transactions:
- Checks and other transactions made using your checking account number
- Automatic bill payments
- Recurring debit card transactions.
- Online Banking payments and transfers

We <u>do not</u> authorize and pay overdrafts for the following types of transactions unless you ask us to (see below):
- ATM transactions
- One-time Debit Card purchases

We pay overdrafts at our discretion, which means we do <u>not guarantee</u> that we will always authorize and pay any type of transaction. If we do not authorize and pay an overdraft, your transaction will be declined.

**What fees will I be charged if Santander pays an overdraft?**

Under our standard overdraft practices:
- We will charge you a fee of up to **$35** each time we pay an overdraft (maximum of six (6) per business day) and
- An additional one-time fee of **$35** will be charged on the sixth (6th) business day after your account has been overdrawn for five (5) consecutive business days. This charge generally applies to checking, savings and money market savings accounts. See the Fee Schedule for details.

**What if I want Santander to authorize and pay overdrafts on my ATM and one-time debit card transactions?**

If you want us to authorize and pay overdrafts on ATM and one-time debit card transactions, visit a Santander branch or call our Customer Service Center at 877-768-2265.

**Can I change my mind later?**

If you tell us that we are permitted to pay any overdrafts caused by ATM or one-time debit transactions, you can always change your mind and tell us you no longer want us to do this. **You can visit any Santander branch or call us at 877-768-2265 to tell us you no longer want us to pay these types of overdrafts.**

3291131967



## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

CALL YOUR CUSTOMER SERVICE CENTER AT THE NUMBER SHOWN ON THE TOP OF YOUR STATEMENT OR WRITE TO THE BANK

FOR DEBIT CARD ISSUES:
Santander Bank
Attn: Card Disputes Team
MA1 MB3 02 05
P.O. Box 831002
Boston, MA 02283-1002

FOR ALL OTHER ELECTRONIC TRANSFER ISSUES:
Santander Bank
Attn: Client Relations
10-421-CR1
P.O. Box 12646
Reading, PA 19612-2646

Please contact us if you think information about an electronic transfer on your statement or receipt is wrong or if you need additional information about an electronic transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error appeared.

- Tell us your name and account number.
- Tell us the dollar amount of the suspected error.
- Describe the electronic transfer error or the electronic transfer that you are unsure about and explain as clearly as you can why you believe there is an error or why you need further information.

If you tell us orally, we may require you to send your complaint or question in writing within 10 business days.

We will promptly investigate the matter and call or write to you with an answer within 10 business days. If we need more time, we may take up to 45 days to investigate your complaint or question. If we do, we will credit your account within this 10-day period for the amount you think is in error, so you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may choose not to credit your account.

For errors involving new accounts, point of sale purchases or foreign transactions, we may take up to 90 days to investigate your complaint or question. For new accounts, we may take up to 20 business days to credit your account for the amount you think is in error.

We will tell you the results of our investigation within 3 business days after completing our investigation. If we decide there was no error, we will send you a written explanation. You may ask for copies of the documents we used in our investigation.

## IN CASE OF ERRORS OR QUESTIONS ABOUT OTHER TRANSACTIONS ON YOUR STATEMENT

You must contact us within thirty (30) days after you receive your statement if you think a transaction, other than an electronic transfer, shown on your statement is wrong or if you need more information about the transaction.

You may contact your nearest branch or our Customer Contact Center at 1-877-768-2265. Customers with hearing impairments may call 1-800-428-9121 (TTY/TDD). We will investigate your dispute and tell you the results of that investigation.

3291131967

Page 3 of 3

**TD Bank**
America's Most Convenient Bank®                    T       STATEMENT OF ACCOUNT

2206-FTD01040071119373837
MARK B ENGEL
PERSONAL BANKRUPTCY
CASE #19-20646
40 STEVEN LN
LAKEWOOD NJ  08701-1545

Page:                               1 of 2
Statement Period:     Jul 10 2019-Jul 10 2019
Cust Ref #:              4363143854-630-T-###
Primary Account #:              436-3143854

## TD Convenience Checking

MARK B ENGEL
PERSONAL BANKRUPTCY
CASE #19-20646

Account # 436-3143854

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 0.00 | Average Collected Balance | 120.00 |
| Deposits | 120.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 120.00 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 1 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/10 | DEPOSIT | 120.00 |
| | Subtotal: | 120.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 07/10 | 0.00 | 07/10 | 120.00 |



**Bank**
America's Most Convenient Bank

# TD Debit Card Advance

## Review Overdraft-Related Fees

| $35 per overdraft | Up to 5 overdraft fees/day | $5 Threshold |
|---|---|---|
| An overdraft occurs when your available balance is not sufficient to cover a transaction. | We won't charge more than $175 in overdraft fees per day. | If you overdraw your available balance by less than $5, we won't charge you an overdraft fee. |

## What is my Available Balance?

Your available balance is reduced by any "pending" debit card, ATM, electronic, or Store withdrawal transactions, and includes any deposited funds (including ACH or electronic credits) that may have been made available based on our Funds Availability policy in our Personal Deposit Account Agreement.

## How is Overdraft affected by Processing Order?

The number of overdraft fees we charge you may be affected by the order in which we process your transactions. We process your transactions (including "pending" transactions) at the end of each Business Day[1] in chronological order based on the date and time information that we receive or assign to each of them.

[1] Business Day means every day, except Saturdays, Sundays, and federal holidays.

## We Pay Overdrafts at our Discretion.

This means we <u>do not guarantee</u> that we will always authorize and pay any type of transaction. If a transaction is returned unpaid, an Overdraft-Return fee may be assessed.

For example, we typically do not pay overdrafts if your account is not in good standing, or you are not making regular deposits or you repeatedly overdraft your account.

## Decide When We Cover Your Overdrafts

| TD Debit Card Advance[SM] | | Standard Overdraft Service | |
|---|---|---|---|
| In addition to Standard Overdraft Service, when you enroll in this option, we may authorize and pay **one-time debit card or ATM transactions** when funds are not available in your account, but it may result in a fee. For example: | | This is included with your account. We may, at our discretion, authorize and pay items such as recurring debit card transactions, ACH and checks into overdraft and decline one-time debit card or ATM transactions. For example: | |
| **You use your debit card for a $25 purchase** | | **You use your debit card for a $25 purchase** | |
| Your account has | $10 | Your account has | $10 |
| Your transaction is *approved* | -$25 | Your transaction is *declined* | $0 |
| Overdraft fee | -$35 | Overdraft fee | $0 |
| **Your account now has** | **-$50** | **Your account now has** | **$10** |



You may un-enroll from TD Debit Card Advance at any time. We also offer Savings Overdraft Protection which may be less expensive than Standard Overdraft Service or TD Debit Card Advance. For more information about your overdraft options, visit your local TD Bank or call us at 1-888-751-9000.

### CUSTOMER ELECTION INFORMATION

| ☐ Enrolled in TD Debit Card Advance[SM] | ☒ Not Enrolled in TD Debit Card Advance[SM] |
|---|---|

MARK B ENGEL
Customer's Name

4363143854
Account Number

099482811
SSN

5687
RC

07/10/2019
Date

Customer's Signature

# TD Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

11782-FTD01040081119384825
MARK B ENGEL
PERSONAL BANKRUPTCY
CASE 19 20646
40 STEVEN LN
LAKEWOOD NJ  08701-1545

Page: 1 of 2
Statement Period: Jul 11 2019-Aug 10 2019
Cust Ref #: 4363143854-630-T-###
Primary Account #: 436-3143854

## TD Convenience Checking

MARK B ENGEL
PERSONAL BANKRUPTCY
CASE 19 20646

Account # 436-3143854

### TD now accepts Real Time Payments!

We're pleased to announce that TD will soon accept Real Time Payments (RTPs), which means you can receive certain electronic payments sent through RTP almost immediately. This is good news for consumers, businesses, and government agencies who use RTPs. As a TD Customer, you are automatically enrolled. Please be advised that you may not send or receive RTPs on behalf of a person who is not a resident of, or otherwise residing in, the United States. Please visit tdbank.com/RTP to learn more.

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 120.00 | Average Collected Balance | 111.13 |
| | | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Electronic Payments | 11.95 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 108.05 | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/19 | ACH DEBIT, HARLAND CLARKE CHK ORDERS *KRX***603741L7 | 11.95 |
| | Subtotal: | 11.95 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 07/10 | 120.00 | 07/19 | 108.05 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender