| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| Caption in compliance with D.N.J. LBR 9004-1(b) |
| **HILL WALLACK LLP** <br> Mark A. Roney, Esq. <br> 21 Roszel Road <br> P.O. Box 5226 <br> Princeton, NJ 08543 <br> Phone: 609-924-0808 <br> Email: mroney@HillWallack.com <br> *Attorneys for NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for MTGLQ Investors, L.P.* |
| In Re: <br><br> MARK B. ENGEL, <br><br>       Debtor. |

Order Filed on November 12, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 19-20646

Chapter: 11

Hearing: November 7, 2019 at 10:00 a.m.

Judge: Michael B. Kaplan, U.S.B.J.

| Recommended Local Form | ☐ Followed | ☒ Modified |
|---|---|---|

## ORDER VACATING AUTOMATIC STAY

The relief set forth on the following pages numbered 2 through 3 is hereby **ORDERED**.

**DATED: November 12, 2019**

_____
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the Motion of NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for MTGLQ Investors, L.P., on behalf of itself and its successors and/or assigns (hereinafter collectively "Secured Creditor" and/or "Movant"), under Bankruptcy Code Section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

**ORDERED** that the automatic stay is vacated to permit the Movant its successors and/or assigns to institute or resume and prosecute to conclusion one or more action(s) in the court(s) of appropriate jurisdiction to pursue the Movant's rights in the following:

> Real property more fully described as: 404 Central Avenue, Lakewood, NJ 08087, also known as Block 77, Lot 4 as shown on the Tax Map of the Township of Lakewood, Ocean County, New Jersey.

**IT IS FURTHER ORDERED** that the Movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

**IT IS FURTHER ORDERED** that the Movant may join the Debtor-In-Possession and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

**IT IS FURTHER ORDERED** that all communications sent by Movant in connection with proceeding against the property including, but not limited to, notices required by state law and communications to offer and provide information with regard to a potential Forbearance Agreement, Loan Modification, Refinance Agreement, Loss Mitigation Agreement, or other Loan Workout, may be sent directly to the Debtor-In-Possession.

**IT IS FURTHER ORDERED** that the movant shall serve this Order on the Debtor-In-Possession, the U.S. Trustee, 20 largest unsecured creditors, all parties listed on the Service List and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 19-20646-MBK
Mark B. Engel                                                         Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Nov 13, 2019
                Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2019.
db            Mark B. Engel,    40 Steven Ln,    Lakewood, NJ  08701-1545

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2019                                      Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2019 at the address(es) listed below:
      Brian E Caine    on behalf of Creditor    U.S. Bank National Association, not in its individual capacity but solely as Trustee for the RMAC Trust, Series 2016-CTT bcaine@parkermccay.com, BKcourtnotices@parkermccay.com
      Elizabeth K. Holdren    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for MTGLQ Investors, L.P. eholdren@hillwallack.com, jhanley@hillwallack.com;hwbknj@hillwallack.com
      Kevin Gordon McDonald    on behalf of Creditor    MTGLQ INVESTORS, LP kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
      Lauren Bielskie    on behalf of U.S. Trustee    U.S. Trustee lauren.bielskie@usdoj.gov
      Mark A. Roney    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for MTGLQ Investors, L.P. mroney@hillwallack.com,  fmansmann@hillwallack.com
      Rebecca Ann Solarz    on behalf of Creditor    MTGLQ INVESTORS, LP rsolarz@kmllawgroup.com
      Timothy P. Neumann    on behalf of Debtor Mark B. Engel timothy.neumann25@gmail.com, btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                      TOTAL: 8