UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
ACTING UNITED STATES TRUSTEE, REGION 3
Lauren Bielskie, Esq.
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Fax: (973) 645-5993
Email: Lauren.Bielskie@usdoj.gov

**Order Filed on December 13, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| In re: | Case No.: 19-20646 (MBK) |
|---|---|
| Mark B. Engel, | Chapter 11 |
| Debtor. | Hearing Date: December 12, 2019 |
| | Judge: Hon. Michael B. Kaplan |

**ORDER REQUIRING DEBTOR TO FILE A PLAN AND DISCLOSURE STATEMENT**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

......

**DATED: December 13, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(Page 2)**

Mark B. Engel

Chapter 11, Case No.: 19-20646 (MBK)

**Order Requiring Debtor to File a Plan and Disclosure Statement**

---

This matter, having been brought before the Court for a Status Conference, and the Court having found cause for the entry of the within Order, it is hereby:

**ORDERED** that Mark B. Engel ("Debtor"), shall file a Plan and Disclosure Statement by February 12, 2020; and it is further

**ORDERED** that if the Debtor fails to file a Plan and Disclosure Statement by February 12, 2020, the case will automatically convert to a chapter 7 case without further notice; and it is further

**ORDERED** that the Debtor shall comply with the Operating Guidelines for Chapter 11 Debtors issued by the Office of the United States Trustee, including with regards to the filing of monthly operating reports and payment of the required quarterly fees to the United States Trustee pursuant to 28 U.S.C. § 1930.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-20646-MBK
Mark B. Engel                                                             Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1           Date Rcvd: Dec 13, 2019
                             Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 15, 2019.
db              Mark B. Engel,   40 Steven Ln,   Lakewood, NJ  08701-1545

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                 TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                 TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2019                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 13, 2019 at the address(es) listed below:
          Brian E Caine    on behalf of Creditor    U.S. Bank National Association, not in its individual
           capacity but solely as Trustee for the RMAC Trust, Series 2016-CTT bcaine@parkermccay.com,
           BKcourtnotices@parkermccay.com
          Denise E. Carlon    on behalf of Creditor    VW Credit Inc. dba Audi Financial Services
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Elizabeth K. Holdren    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing as
           servicer for MTGLQ Investors, L.P. eholdren@hillwallack.com,
           jhanley@hillwallack.com;hwbknj@hillwallack.com
          Kevin Gordon McDonald    on behalf of Creditor    MTGLQ INVESTORS, LP kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Lauren Bielskie    on behalf of U.S. Trustee    U.S. Trustee lauren.bielskie@usdoj.gov
          Mark A. Roney    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing as
           servicer for MTGLQ Investors, L.P. mroney@hillwallack.com,   fmansmann@hillwallack.com
          Rebecca Ann Solarz    on behalf of Creditor    MTGLQ INVESTORS, LP rsolarz@kmllawgroup.com
          Timothy P. Neumann    on behalf of Debtor Mark B. Engel timothy.neumann25@gmail.com,
           btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                             TOTAL: 9