UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

PARKER McCAY P.A.
BRIAN E. CAINE
9000 Midlantic Drive; Suite 300
Mt. Laurel, New Jersey 08054
(856) 596-8900
Attorney for U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT, its successors and/or assigns

**Order Filed on January 24, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Mark B. Engel

Case No. 19-20646-MBK
Chapter 11
Hearing: January 23, 2020

Judge: Michael B. Kaplan

## ORDER VACATING AUTOMATIC STAY
## AS TO REAL PROPERTY

The relief set forth on the following pages, numbered two (2) through two (2) are hereby **ORDERED**.

**DATED: January 24, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(Page 2)**
Debtor: Mark B. Engel
Case No: 19-20646-MBK
Caption of Order: ORDER VACATING AUTOMATIC STAY AS TO REAL PROPERTY

---

Upon the motion of U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT, its successors and/or assigns, ("Movant"), for relief from the automatic stay under section 362 as to certain real property as herein set forth, and for cause shown, it is hereby:

ORDERED that the automatic stay under section 362 is vacated to permit the Movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the Movant's rights in the following real property:

*516 Dr. Martin Luther King Dr., Lakewood NJ 08701*

It is further ORDERED that the Movant may join the Debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The Movant shall serve this order on the Debtor, Debtor's attorney, any trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 19-20646-MBK
Mark B. Engel                                                           Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin            Page 1 of 1            Date Rcvd: Jan 24, 2020
                              Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2020.
db          Mark B. Engel,    40 Steven Ln,    Lakewood, NJ   08701-1545

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2020                                  Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2020 at the address(es) listed below:
      Brian E Caine    on behalf of Creditor    U.S. Bank National Association, not in its individual capacity but solely as Trustee for the RMAC Trust, Series 2016-CTT bcaine@parkermccay.com, BKcourtnotices@parkermccay.com
      Denise E. Carlon    on behalf of Creditor    VW Credit Inc. dba Audi Financial Services dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Elizabeth K. Holdren    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for MTGLQ Investors, L.P. eholdren@hillwallack.com, jhanley@hillwallack.com;hwbknj@hillwallack.com
      Kevin Gordon McDonald    on behalf of Creditor    MTGLQ INVESTORS, LP kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
      Lauren Bielskie    on behalf of U.S. Trustee    U.S. Trustee lauren.bielskie@usdoj.gov
      Mark A. Roney    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for MTGLQ Investors, L.P. mroney@hillwallack.com, fmansmann@hillwallack.com
      Rebecca Ann Solarz    on behalf of Creditor    MTGLQ INVESTORS, LP rsolarz@kmllawgroup.com
      Timothy P. Neumann    on behalf of Debtor Mark B. Engel timothy.neumann25@gmail.com, btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                      TOTAL: 9