UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1**

**McMANIMON,**
**SCOTLAND & BAUMANN, LLC**
427 Riverview Plaza
Trenton, NJ  08611
609.695.6070
*Proposed Attorneys for Chapter 7 Trustee,*
*Andrea Dobin*

In Re:

ENGEL, Mark B.,

Debtor.

**Order Filed on March 11, 2020**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

Case No.:          19-20646

Judge:          Kathryn C. Ferguson

Chapter:          7

---

Recommended Local Form:    ☒  Followed    ☐  Modified

---

### ORDER AUTHORIZING RETENTION OF MCMANIMON, SCOTLAND & BAUMANN, LLC AS COUNSEL TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: March 11, 2020**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

In re:        Mark B. Engel

Case No.:     19-20646 (KCF)

Applicant:    Andrea Dobin

     ☒ Trustee:  ☒ Chap. 7        ☐ Chap. 11

     ☐ Debtor:  ☐ Chap. 11        ☐ Chap. 13

     ☐ Official Committee of _____

Professional:  McManimon, Scotland & Baumann, LLC

Address:      427 Riverview Plaza
              Trenton, NJ 08611

     ☒ Attorney for:

          ☒ Trustee  ☐ Debtor-in-Possession

          ☐ Official Committee of _____

     ☐ Accountant for:

          ☐ Trustee  ☐ Debtor-in-Possession

          ☐ Official Committee of _____

     ☐ Other Professional:

          ☐ Realtor  ☐ Appraiser  ☐ Special Counsel  ☐ Auctioneer

          ☐ Other (specify): _____

---

Upon the applicant's request for authorization to retain the professional named above,

It is hereby **ORDERED** as follows:

1.  The applicant, Andrea Dobin, Chapter 7 Trustee, is authorized to retain the professional, McManimon, Scotland & Baumann, LLC, to act as counsel for the Trustee.

2.  Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3.  The effective date of retention is the date the Application is filed with the court.

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 19-20646-KCF
Mark B. Engel                                                                   Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1               Date Rcvd: Mar 11, 2020
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 13, 2020.
db              Mark B. Engel,    40 Steven Ln,    Lakewood, NJ  08701-1545

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2020                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 11, 2020 at the address(es) listed below:
              Andrea   Dobin    on behalf of Trustee Andrea  Dobin adobin@msbnj.com
              Andrea   Dobin    ecftrusteead@msbnj.com,  NJ55@ecfcbis.com
              Brian E Caine    on behalf of Creditor   U.S. Bank National Association, not in its individual
               capacity but solely as Trustee for the RMAC Trust, Series 2016-CTT bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              Denise E. Carlon    on behalf of Creditor   VW Credit Inc. dba Audi Financial Services
               dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Elizabeth K. Holdren    on behalf of Creditor   NewRez LLC d/b/a Shellpoint Mortgage Servicing as
               servicer for MTGLQ Investors, L.P. eholdren@hillwallack.com,
               jhanley@hillwallack.com;hwbknj@hillwallack.com
              Kevin Gordon McDonald    on behalf of Creditor   MTGLQ INVESTORS, LP kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Lauren  Bielskie    on behalf of U.S. Trustee   U.S. Trustee lauren.bielskie@usdoj.gov
              Mark A. Roney    on behalf of Creditor   NewRez LLC d/b/a Shellpoint Mortgage Servicing as
               servicer for MTGLQ Investors, L.P. mroney@hillwallack.com,  fmansmann@hillwallack.com
              Rebecca Ann Solarz    on behalf of Creditor   MTGLQ INVESTORS, LP rsolarz@kmllawgroup.com
              Timothy P. Neumann    on behalf of Debtor Mark B. Engel timothy.neumann25@gmail.com,
               btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                       TOTAL: 12