**FORM NOA** (Notice of Assets and Deadline to File Proof of Claim)

# NOTICE OF ASSETS AND DEADLINE TO FILE PROOF OF CLAIM

U.S. Bankruptcy Court
402 East State Street
Trenton, NJ 08608
Telephone number: 609−858−9333

Honorable Kathryn C. Ferguson, U.S. Bankruptcy Judge

| **CASE NUMBER:** 19−20646−KCF | **DATE FILED::** 5/28/19 |
|---|---|
| In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address): Mark B. Engel xxx−xx−2811 | ADDRESS OF DEBTOR(S): 40 Steven Ln Lakewood, NJ 08701−1545 |
| DEBTOR'S ATTORNEY: Timothy P. Neumann Broege, Neumann, Fischer & Shaver 25 Abe Voorhees Drive Manasquan, NJ 08736  732−223−8484 | TRUSTEE: Andrea Dobin McManimon, Scotland & Baumann, LLC 427 Riverview Plaza Trenton, NJ 08611 (609) 695−6070 |

It appeared from the schedules when this case was filed that there were no assets from which dividends could be paid to creditors as indicated on the Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors and Deadlines.

It now appears that the payment of a dividend may be possible. Pursuant to Bankruptcy Rule 3002(c)(5), the last day for filing claims is fixed as:

8/3/20

Government Units are allowed 180 days from the date of order for relief, or the above date, whichever is later. 11 U.S.C. §502(b)(9)

Except as otherwise provided by law, in order to share in any payment from the estate, a creditor must file a proof of claim by the date set forth above. The place to file the proof of claim is the office of the Clerk of the Bankruptcy Court.

A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/forms/bankruptcy−forms) or at any bankruptcy clerk's office. You may also contact the Clerk's Office where this case is pending to request that a Proof of Claim form be mailed to you. The Clerk's Office telephone number is included on the front of this Notice. Also, Claims can be filed electronically through the court's website at: http://www.njb.uscourts.gov under File An Electronic Claim. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the last day to file a proof of claim listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. Filing Deadline for a Creditor with a Foreign Address: The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.

**IF A CLAIM WAS PREVIOUSLY SUBMITTED, IT IS NOT NECESSARY TO FILE ANOTHER ONE.**

Dated: May 5, 2020                                            FOR THE COURT
                                                                              Jeanne Naughton, Clerk

FORM NOA Rev. 5/2016

United States Bankruptcy Court
District of New Jersey

In re:                                                                              Case No. 19-20646-KCF
Mark B. Engel                                                                       Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: May 05, 2020
                              Form ID: noa             Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 07, 2020.
```
db              Mark B. Engel,    40 Steven Ln,    Lakewood, NJ  08701-1545
acc            +Zev Kaufman,    7 Cabinfield Circle,    Lakewood, NJ 08701-2038
518269750       Caitlyn Lopez, Esq.,    Stern Lavinthal & Frankenberg, LLC,    105 Eisenhower Pkwy,
                 Roseland, NJ 07068-1640
518495126       MTGLQ Investors, L.P.,    c/o NewRez LLC dba Shellpoint Mortgage S,    P.O. Box 10826,
                 Greenville, SC 29603-0826
518504750      +MTGLQ Investors, LP,    c/o Rushmore Loan Management Services,    P.O. Box 55004,
                 Irvine, CA 92619-5004
518493289      +NEW CENTURY FINANCIAL SERVICES, INC,    Pressler, Felt & Warshaw, LLP,    7 Entin Rd,
                 Parsippany, NJ 07054-5020
518269752       NJNG,    PO Box 11743,    Newark, NJ 07101-4743
518269753       Rushmore Loan Management Services,    Customer Service Department,    PO Box 52708,
                 Irvine, CA 92619-2708
518269754       TD Bank. N.A.,    PO Box 100290,    Columbia, SC 29202-3290
518501138      +U.S. Bank National Association,    Rushmore Loan Management Services,    POB 55004,
                 Irvine, CA 92619-5004
518497451      +U.S. Bank National Association, et al,    c/o Rushmore Loan Management Services,
                 P.O. Box 52708,    Irvine, CA 92619-2708
518607557      +VW Credit Inc. dba Audi Financial Services,    c/o VW Credit, Inc.,    PO Box 9013,
                 Addison, Texas 75001-9013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 05 2020 22:49:26     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 05 2020 22:49:25     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518281571       EDI: DISCOVER.COM May 06 2020 02:13:00      Discover Bank,    Discover Products Inc,
                 PO Box 3025,    New Albany, OH  43054-3025
518269751       EDI: DISCOVER.COM May 06 2020 02:13:00      Discover card,    PO Box 71084,
                 Charlotte, NC 28272-1084
518281920      +EDI: IRS.COM May 06 2020 02:13:00     Internal Revenue Service,    PO Box 7346,
                 Philadelphia, PA 19101-7346
518490986      +E-mail/PDF: bankruptcy@ncfsi.com May 05 2020 22:57:09     New Century Financial Services, Inc.,
                 110 South Jefferson Road, Suite 104,    Whippany NJ 07981-1038
518270476      +EDI: RMSC.COM May 06 2020 02:13:00     Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
518803742      +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 05 2020 22:49:25     United States Trustee,
                 One Newark Center,    Suite 2100,    Newark, NJ 07102-5235
518269755       E-mail/Text: bankruptcydept@wyn.com May 05 2020 22:49:42     Wyndham Rewards/Barclay,
                 PO Box 13337,    Philadelphia, PA 19101-3337
                                                                                              TOTAL: 9
```

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 07, 2020                                       Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 4, 2020 at the address(es) listed below:
```
              Andrea   Dobin    ecftrusteead@msbnj.com, NJ55@ecfcbis.com
              Andrea   Dobin    on behalf of Trustee Andrea  Dobin adobin@msbnj.com
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: May 05, 2020
                              Form ID: noa             Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Brian E Caine    on behalf of Creditor    U.S. Bank National Association, not in its individual capacity but solely as Trustee for the RMAC Trust, Series 2016-CTT bcaine@parkermccay.com, BKcourtnotices@parkermccay.com

        Denise E. Carlon    on behalf of Creditor    VW Credit Inc. dba Audi Financial Services dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

        Elizabeth K. Holdren    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for MTGLQ Investors, L.P. eholdren@hillwallack.com, jhanley@hillwallack.com;hwbknj@hillwallack.com

        Kevin Gordon McDonald    on behalf of Creditor    MTGLQ INVESTORS, LP kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

        Lauren Bielskie    on behalf of U.S. Trustee    U.S. Trustee lauren.bielskie@usdoj.gov

        Mark A. Roney    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for MTGLQ Investors, L.P. mroney@hillwallack.com, fmansmann@hillwallack.com

        Rebecca Ann Solarz    on behalf of Creditor    MTGLQ INVESTORS, LP rsolarz@kmllawgroup.com

        Timothy P. Neumann    on behalf of Debtor Mark B. Engel timothy.neumann25@gmail.com, btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;geoff.neumann@gmail.com

        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

        United States Trustee    USTPRegion03.NE.ECF@usdoj.gov

        TOTAL: 12