| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **MCMANIMON, SCOTLAND & BAUMANN, LLC**<br>427 Riverview Plaza<br>Trenton, NJ 08611<br>(609) 695-6070<br>(609) 695-6071<br>Andrea Dobin (adobin@msbnj.com)<br>*Counsel to Andrea Dobin, Chapter 7 Trustee* | **Order Filed on June 30, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In re:<br><br>ENGEL, Mark B.,<br><br>                   Debtor. | Case No. 19-20646 (KCF)<br><br>Honorable Kathryn C. Ferguson, U.S.B.J.<br><br>Chapter 7 |

## ORDER EXTENDING TIME TO OBJECT TO DEBTOR'S DISCHARGE PURSUANT TO 11 U.S.C. § 727

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: June 30, 2020**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

(Page 2)
Debtor:            Mark B. Engel
Case No.:          19-20646 (KCF)
Caption of Order:  Order Extending Time to Object to Debtor's Discharge Pursuant to 11 U.S.C. § 727

**THIS MATTER,** having been presented to the Court by Andrea Dobin, the Chapter 7 Trustee (the "Trustee") in the bankruptcy proceeding of Mark B. Engel, Chapter 7 debtor (the "Debtor"), by and through her counsel, upon the filing of a Motion to extend the time to object to the Debtor's discharge (the "Motion"); and due and proper notice of the Motion having been given; and the Court having considered the papers in support of the Motion and opposition thereto, if any; and oral argument, if any; and good and sufficient cause existing for the granting of the relief as set forth herein,

**IT IS ORDERED** that the time period for the Trustee and Office of United States Trustee to object to the Debtor's discharge pursuant to Fed. R. Bankr. P. 4004(a) will be extended to through and including October 30, 2020.

4842-1903-6095, v. 1

United States Bankruptcy Court
District of New Jersey

In re:  
Mark B. Engel  
       Debtor

Case No. 19-20646-KCF  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jun 30, 2020  
                   Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 02, 2020.  
db          Mark B. Engel,    40 Steven Ln,    Lakewood, NJ   08701-1545

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                               TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2020                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 30, 2020 at the address(es) listed below:
         Andrea   Dobin    on behalf of Trustee Andrea   Dobin adobin@msbnj.com  
         Andrea   Dobin     ecftrusteead@msbnj.com,    NJ55@ecfcbis.com  
         Brian E Caine     on behalf of Creditor    U.S. Bank National Association, not in its individual  
          capacity but solely as Trustee for the RMAC Trust, Series 2016-CTT bcaine@parkermccay.com,  
          BKcourtnotices@parkermccay.com  
         Denise E. Carlon     on behalf of Creditor    VW Credit Inc. dba Audi Financial Services  
          dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
         Elizabeth K. Holdren     on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing as  
          servicer for MTGLQ Investors, L.P. eholdren@hillwallack.com,  
          jhanley@hillwallack.com;hwbknj@hillwallack.com  
         Kevin Gordon McDonald     on behalf of Creditor    MTGLQ INVESTORS, LP kmcdonald@kmllawgroup.com,  
          bkgroup@kmllawgroup.com  
         Lauren   Bielskie     on behalf of U.S. Trustee    U.S. Trustee lauren.bielskie@usdoj.gov  
         Mark A. Roney     on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing as  
          servicer for MTGLQ Investors, L.P. mroney@hillwallack.com,    fmansmann@hillwallack.com  
         Rebecca Ann Solarz     on behalf of Creditor    MTGLQ INVESTORS, LP rsolarz@kmllawgroup.com  
         Timothy P. Neumann     on behalf of Debtor Mark B. Engel timothy.neumann25@gmail.com,  
          btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;geoff.neumann@gmail.com  
         U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
         United States Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                               TOTAL: 12