| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Geoffrey P. Neumann, Esq. [57902019]<br>Broege, Neumann, Fischer & Shaver, LLC<br>25 Abe Voorhees Drive<br>Manasquan, New Jersey 08736<br>Tel.: (732) 223-8484<br>Email: geoffrey.neumann@gmail.com<br>*Attorneys for Debtor* | |
| In Re:<br><br>**MARK B. ENGEL,**<br><br>    Debtor. | Case No.: 19-20646/KCF<br><br>Chapter 7<br><br>Judge: Hon. Kathryn C. Ferguson |

# CERTIFICATION OF SERVICE

1. I, Geoff Neumann, am an attorney employed by Broege, Neumann, Fischer & Shaver, LLC, counsel for the Debtor in this matter.

2. On July 24, 2020, I sent a copy of the and/or documents pleadings enumerated on Schedule A hereto to the parties listed in the chart (Schedule B) below.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:  August 8, 2020                               */s/ Geoffrey Neumann*
                                                                    Geoffrey Neumann

# SCHEDULE A

| Served | Document/Pleading |
|---|---|
| ☐ | Notice of Motion to: |
| ☐ | Objection to Claim |
| ☐ | Supporting Certification/ |
| ☐ | Opposing Certification |
| ☐ | Proposed Order |
| ☐ | Brief/Memorandum of Law |
| ☐ | Summons |
| ☐ | Complaint |
| ☐ | Answer |
| ☐ | Answer and Counterclaim |
| ☐ | Monthly Fee Statement |
| ■ | Other: AMENDED SCHEDULE A/B, STATEMENT OF FINANCIAL AFFAIRS |

# SCHEDULE B

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Andrea Dobin, Esq.<br>McManimon, Scotland & Baumann, LLC<br>427 Riverview Plaza<br>Trenton, NJ 08611 | Chapter 7 Trustee | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>■ Notice of Electronic Filing (NEF on July 22, 2020)<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| TD Bank, N.A.<br>PO Box 100290<br>Columbia, SC 29202-3290 | Unsecured creditor | ☐ Hand-delivered<br>■ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Rushmore Loan Mgmt Services<br>Customer Service Department<br>PO Box 52708<br>Irvine, CA 92619-2708 | Secured creditor | ☐ Hand-delivered<br>■ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Stern, Lavinthal & Frankenberg LLC<br>105 Eisenhower Pkwy<br>Roseland, NJ 07068-1640<br>ATTN: Caitlyn Lopez, Esq. | unsecured creditor | ☐ Hand-delivered<br>■ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Discover Card<br>PO Box 71084<br>Charlotte, NC 28272-1084 | Unsecured creditor | ☐ Hand-delivered<br>■ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Wyndham Rewards/Barclays<br>PO Box 13337<br>Philadelphia, PA 19101-3337 | Unsecured creditor | ☐ Hand-delivered<br>■ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| **Name and Address of Party Served** | **Relationship of Party to the Case** | **Mode of Service** |
|---|---|---|
| Mark B. Engel<br>40 Steven Lane<br>Lakewood, NJ 08701 | Debtor | ☐ Hand-delivered<br>■ Regular mail<br>☐ Certified mail/RR<br>■ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| NJNG<br>PO Box 11743<br>Newark, NJ 07101-4743 | unsecured creditor | ☐ Hand-delivered<br><br>■ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☐ Notice of Electronic Filing (NEF)<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |