| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-1<br>MCMANIMON, SCOTLAND & BAUMANN, LLC<br>427 Riverview Plaza<br>Trenton, NJ  08611<br>(609) 695-6070<br>Andrea Dobin (adobin@msbnj.com)<br>Michael A. Siravo IV (msiravo@msbnj.com)<br>*Counsel to Andrea Dobin, Chapter 7 Trustee* |

**Order Filed on August 12, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| |
|---|
| In re:<br><br>MARK B. ENGEL,<br><br>                   Debtor. |

Case No.  19-20646 (KCF)

Chapter 7

Honorable Kathryn C. Ferguson, U.S.B.J.

**ORDER GRANTING LIMITED RELIEF FROM THE AUTOMATIC STAY TO PROCEED WITH PROBATE COMPLAINT AGAINST DEBTOR**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: August 12, 2020**

*/s/ Kathryn C. Ferguson*
Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

(Page 2)
Debtor: Mark B. Engel
Case No.: 19-20646 (KCF)
Caption of Order: Order Granting Limited Relief from the Automatic Stay to Proceed with Probate Complaint Against the Debtor

---

**THIS MATTER** having been opened to the Court by Neil Engel, Lori Engel, Brian Engel and Jason Engel (the "Movants") by and through their counsel, Law Offices of Peter C. Lucas, LLC, upon the filing of a Motion for Relief from the Automatic Stay to Allow Movants to Proceed with Probate Complaint (the "Motion"); and due and proper notice of the Motion having been given; and the Chapter 7 Trustee, Andrea Dobin, having interposed a limited objection by her counsel McManimon Scotland & Baumann, LLC; and the Court having considered the papers in support of the Motion and Trustee's limited objection; and the Court having heard oral argument on the return date of the Motion and for the reasons set forth on the record granting of the relief as set forth herein;

**IT IS ORDERED** that the Motion is **GRANTED IN PART**; and it is further

**ORDERED** that Movants are granted relief from the automatic stay to initiate a complaint in the Superior Court of New Jersey, Chancery Division, Probate Part, in the Estate of Martha R. Engel seeking the following relief:

a. Removal of the Debtor as Executor;

b. Obtaining an Accounting of the Probate Estate from the Debtor;

c. Investigating the financial affairs of the Debtor and/or Martha R. Engel, focusing on transactions involving both of these parties and/or their assets;

and it is further

**ORDERED** that Movants reserve the right to seek additional relief from the automatic stay to pursue other remedies against the Debtor and/or the Bankruptcy Estate.

4830-1124-0391, v. 1

United States Bankruptcy Court
District of New Jersey

In re:  
Mark B. Engel  
    Debtor

Case No. 19-20646-KCF  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Aug 12, 2020  
                         Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2020.  
db         Mark B. Engel,    40 Steven Ln,    Lakewood, NJ 08701-1545

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                             TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                               TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2020                                                  Signature:  <u>/s/Joseph Speetjens</u>

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2020 at the address(es) listed below:

        Andrea  Dobin    on behalf of Trustee Andrea  Dobin adobin@msbnj.com  
        Andrea  Dobin    ecftrusteead@msbnj.com,   NJ55@ecfcbis.com  
        Brian E Caine    on behalf of Creditor    U.S. Bank National Association, not in its individual  capacity but solely as Trustee for the RMAC Trust, Series 2016-CTT bcaine@parkermccay.com,  BKcourtnotices@parkermccay.com  
        Denise E. Carlon    on behalf of Creditor    VW Credit Inc. dba Audi Financial Services dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
        Elizabeth K. Holdren    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for MTGLQ Investors, L.P. eholdren@hillwallack.com,  jhanley@hillwallack.com;hwbknj@hillwallack.com  
        Kevin Gordon McDonald    on behalf of Creditor    MTGLQ INVESTORS, LP kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com  
        Lauren  Bielskie    on behalf of U.S. Trustee    U.S. Trustee lauren.bielskie@usdoj.gov  
        Mark A. Roney    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for MTGLQ Investors, L.P. mroney@hillwallack.com,   fmansmann@hillwallack.com  
        Michael A. Siravo, IV    on behalf of Trustee Andrea  Dobin msiravo@msbnj.com,  msiravo@trenklawfirm.com  
        Peter C. Lucas    on behalf of Attorney Peter  Lucas peter@lucaslawoffices.com  
        Rebecca Ann Solarz    on behalf of Creditor    MTGLQ INVESTORS, LP rsolarz@kmllawgroup.com  
        Timothy P. Neumann    on behalf of Debtor Mark B. Engel timothy.neumann25@gmail.com,  btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;geoff.neumann@gmail.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
        United States Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                    TOTAL: 14