| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1<br>MCMANIMON, SCOTLAND & BAUMANN, LLC<br>427 Riverview Plaza<br>Trenton, NJ  08611<br>(609) 695-6070<br>Andrea Dobin (adobin@msbnj.com)<br>Michael A. Siravo IV (msiravo@msbnj.com)<br>*Counsel to Andrea Dobin, Chapter 7 Trustee* | Order Filed on August 21, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>MARK B. ENGEL,<br><br>             Debtor. | Case No.  19-20646 (KCF)<br><br>Chapter 7<br><br>Honorable Kathryn C. Ferguson, U.S.B.J.<br><br>Hearing Date:  August 11, 2020 |

**ORDER DIRECTING DEBTOR TO COOPERATE WITH
TRUSTEE'S EFFORTS TO INSPECT REAL PROPERTY**
*Revised as of August 20, 2020*

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: August 21, 2020**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

(Page 2)
Debtor:            Mark B. Engel
Case No.:          19-20646 (KCF)
Caption of Order:  Order Directing Debtor to Cooperate with Trustee's Efforts to Inspect Real Property

---

**THIS MATTER** having been opened to the Court by Andrea Dobin, Chapter 7 Trustee (the "Trustee") for Mark B. Engel (the "Debtor"), by and through her counsel, McManimon, Scotland & Baumann, LLC, upon the filing of a Motion to Compel the Debtor to Cooperate with the Trustee's Efforts to Inspect Real Property (the "Motion"); and due and proper notice of the Motion having been given; and the Court having considered the papers in support of the Motion and opposition of the Debtor; and the Court having heard oral argument; and good and sufficient cause existing for the granting of the relief as set forth herein;

**IT IS ORDERED** that the Debtor be and hereby is directed to fully cooperate with the Trustee's efforts to inspect the real property located at 40 Steven Lane, Lakewood, New Jersey (the "Property") on a mutually acceptable date.