| |
|---|
| UNITED STATES BANKRUPTCY COURT <br> DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-1 <br> MCMANIMON, SCOTLAND & BAUMANN, LLC <br> 427 Riverview Plaza <br> Trenton, NJ  08611 <br> (609) 695-6070 <br> Andrea Dobin (adobin@msbnj.com) <br> Michael A. Siravo IV (msiravo@msbnj.com) <br> *Counsel to Andrea Dobin, Chapter 7 Trustee* |
| In re: <br><br> MARK B. ENGEL, <br><br> Debtor. |

**Order Filed on August 21, 2020**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

Case No.  19-20646 (KCF)

Chapter 7

Honorable Kathryn C. Ferguson, U.S.B.J.

Hearing Date:  August 11, 2020

**ORDER DIRECTING DEBTOR TO COOPERATE WITH**
**TRUSTEE'S EFFORTS TO INSPECT REAL PROPERTY**
*Revised as of August 20, 2020*

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: August 21, 2020**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

(Page 2)

| | |
|---|---|
| Debtor: | Mark B. Engel |
| Case No.: | 19-20646 (KCF) |
| Caption of Order: | Order Directing Debtor to Cooperate with Trustee's Efforts to Inspect Real Property |

**THIS MATTER** having been opened to the Court by Andrea Dobin, Chapter 7 Trustee (the "Trustee") for Mark B. Engel (the "Debtor"), by and through her counsel, McManimon, Scotland & Baumann, LLC, upon the filing of a Motion to Compel the Debtor to Cooperate with the Trustee's Efforts to Inspect Real Property (the "Motion"); and due and proper notice of the Motion having been given; and the Court having considered the papers in support of the Motion and opposition of the Debtor; and the Court having heard oral argument; and good and sufficient cause existing for the granting of the relief as set forth herein;

**IT IS ORDERED** that the Debtor be and hereby is directed to fully cooperate with the Trustee's efforts to inspect the real property located at 40 Steven Lane, Lakewood, New Jersey (the "Property") on a mutually acceptable date.

4814-2900-5512, v. 1

```
                          United States Bankruptcy Court
                                District of New Jersey
In re:                                                        Case No. 19-20646-KCF
Mark B. Engel                                                 Chapter 7
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin               Page 1 of 1              Date Rcvd: Aug 21, 2020
                              Form ID: pdf903           Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2020.
db            Mark B. Engel,    40 Steven Ln,    Lakewood, NJ  08701-1545

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2020                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2020 at the address(es) listed below:
              Andrea   Dobin    on behalf of Trustee Andrea   Dobin adobin@msbnj.com
              Andrea   Dobin    ecftrusteead@msbnj.com,    NJ55@ecfcbis.com
              Brian E Caine    on behalf of Creditor    U.S. Bank National Association, not in its individual
               capacity but solely as Trustee for the RMAC Trust, Series 2016-CTT bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              Denise E. Carlon    on behalf of Creditor    VW Credit Inc. dba Audi Financial Services
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Elizabeth K. Holdren    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing as
               servicer for MTGLQ Investors, L.P. eholdren@hillwallack.com,
               jhanley@hillwallack.com;hwbknj@hillwallack.com
              Kevin Gordon McDonald    on behalf of Creditor    MTGLQ INVESTORS, LP kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Lauren  Bielskie    on behalf of U.S. Trustee    U.S. Trustee lauren.bielskie@usdoj.gov
              Mark A. Roney    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing as
               servicer for MTGLQ Investors, L.P. mroney@hillwallack.com,   fmansmann@hillwallack.com
              Michael A. Siravo, IV    on behalf of Trustee Andrea   Dobin msiravo@msbnj.com,
               msiravo@trenklawfirm.com
              Peter C. Lucas    on behalf of Attorney Peter   Lucas peter@lucaslawoffices.com
              Rebecca Ann Solarz    on behalf of Creditor    MTGLQ INVESTORS, LP rsolarz@kmllawgroup.com
              Timothy P. Neumann    on behalf of Debtor Mark B. Engel timothy.neumann25@gmail.com,
               btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;geoff.neumann@gmail.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 14