UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:   Engel, Mark B.

Case No.:   19-20646-KCF

Chapter:   7

Judge:   Kathryn C. Ferguson

**NOTICE OF PROPOSED ABANDONMENT**

  Andrea Dobin,                           Chapter 7 Trustee       in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:

Clerk of the U.S. Bankruptcy Court
U.S. Courthouse, 1st floor
402 E. State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable Kathryn C. Ferguson on September 22, 2020 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no  2 . (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:

Real estate located at:
40 Steven Lane
Lakewood, NJ

Valued at: $929,000.00

Liens on property:

MTGLQ Investors, LP
$925,930.37

Amount of equity claimed as exempt:

$10,000.00

Objections must be served on, and requests for additional information directed to:

Name:   Andrea Dobin, Trustee

Address:   McManimon, Scotland & Baumann, LLC 427 Riverview Plaza, Trenton, NJ 08611

Telephone No.: 609.695.6070 or 973.243.8600

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:
Mark B. Engel
    Debtor

Case No. 19-20646-KCF
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2     Date Rcvd: Aug 21, 2020
                         Form ID: pdf905     Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2020.
```
db             Mark B. Engel,    40 Steven Ln,    Lakewood, NJ 08701-1545
aty           +Peter Lucas,    Law Offices of Peter C. Lucas, LLC,    725 Carol Avenue,    PO Box 490,
               Oakhurst, NJ 07755-0490
acc           +Zev Kaufman,    7 Cabinfield Circle,    Lakewood, NJ 08701-2038
518269750      Caitlyn Lopez, Esq.,    Stern Lavinthal & Frankenberg, LLC,    105 Eisenhower Pkwy,
               Roseland, NJ 07068-1640
518495126      MTGLQ Investors, L.P.,    c/o NewRez LLC dba Shellpoint Mortgage S,    P.O. Box 10826,
               Greenville, SC 29603-0826
518504750     +MTGLQ Investors, LP,    c/o Rushmore Loan Management Services,    P.O. Box 55004,
               Irvine, CA 92619-5004
518493289     +NEW CENTURY FINANCIAL SERVICES, INC,    Pressler, Felt & Warshaw, LLP,    7 Entin Rd,
               Parsippany, NJ 07054-5020
518269752      NJNG,    PO Box 11743,    Newark, NJ 07101-4743
518269753      Rushmore Loan Management Services,    Customer Service Department,    PO Box 52708,
               Irvine, CA 92619-2708
518839832     +TD Bank, N.A.,    c/o Schiller Knapp Lefkowitz,    & Hertzel LLP,    950 New Loudon Road,
               Latham New York 12110-2100
518269754      TD Bank. N.A.,    PO Box 100290,    Columbia, SC 29202-3290
518501138     +U.S. Bank National Association,    Rushmore Loan Management Services,    POB 55004,
               Irvine, CA 92619-5004
518497451     +U.S. Bank National Association, et al,    c/o Rushmore Loan Management Services,
               P.O. Box 52708,    Irvine, CA 92619-2708
518607557     +VW Credit Inc. dba Audi Financial Services,    c/o VW Credit, Inc.,    PO Box 9013,
               Addison, Texas 75001-9013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Aug 22 2020 00:56:33      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 22 2020 00:56:28      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
518281571      E-mail/Text: mrdiscen@discover.com Aug 22 2020 00:55:37      Discover Bank,
               Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
518269751      E-mail/Text: mrdiscen@discover.com Aug 22 2020 00:55:37      Discover card,    PO Box 71084,
               Charlotte, NC 28272-1084
518281920     +E-mail/Text: sbse.cio.bnc.mail@irs.gov Aug 22 2020 00:56:00      Internal Revenue Service,
               PO Box 7346,    Philadelphia, PA 19101-7346
518490986     +E-mail/PDF: bankruptcy@ncfsi.com Aug 22 2020 01:06:44      New Century Financial Services, Inc.,
               110 South Jefferson Road, Suite 104,    Whippany NJ 07981-1038
518270476     +E-mail/PDF: gecsedi@recoverycorp.com Aug 22 2020 01:06:35      Synchrony Bank,
               c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518803742     +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 22 2020 00:56:28      United States Trustee,
               One Newark Center,    Suite 2100,    Newark, NJ 07102-5235
518269755      E-mail/Text: bankruptcydept@wyn.com Aug 22 2020 00:57:04      Wyndham Rewards/Barclay,
               PO Box 13337,    Philadelphia, PA 19101-3337
                                                                                              TOTAL: 9
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2020                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-3          User: admin              Page 2 of 2            Date Rcvd: Aug 21, 2020
                              Form ID: pdf905          Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 20, 2020 at the address(es) listed below:

              Andrea   Dobin    ecftrusteead@msbnj.com, NJ55@ecfcbis.com
              Andrea   Dobin    on behalf of Trustee Andrea  Dobin adobin@msbnj.com
              Brian E Caine    on behalf of Creditor    U.S. Bank National Association, not in its individual
               capacity but solely as Trustee for the RMAC Trust, Series 2016-CTT bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              Denise E. Carlon    on behalf of Creditor    VW Credit Inc. dba Audi Financial Services
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Elizabeth K. Holdren    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing as
               servicer for MTGLQ Investors, L.P. eholdren@hillwallack.com,
               jhanley@hillwallack.com;hwbknj@hillwallack.com
              Kevin Gordon McDonald    on behalf of Creditor    MTGLQ INVESTORS, LP kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Lauren  Bielskie    on behalf of U.S. Trustee    U.S. Trustee lauren.bielskie@usdoj.gov
              Mark A. Roney    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing as
               servicer for MTGLQ Investors, L.P. mroney@hillwallack.com, fmansmann@hillwallack.com
              Michael A. Siravo, IV    on behalf of Trustee Andrea  Dobin msiravo@msbnj.com,
               msiravo@trenklawfirm.com
              Peter C. Lucas    on behalf of Attorney Peter  Lucas peter@lucaslawoffices.com
              Rebecca Ann Solarz    on behalf of Creditor    MTGLQ INVESTORS, LP rsolarz@kmllawgroup.com
              Timothy P. Neumann    on behalf of Debtor Mark B. Engel timothy.neumann25@gmail.com,
               btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;geoff.neumann@gmail.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 14