| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| **McManimon, Scotland & Baumann, LLC**<br>427 Riverview Plaza<br>Trenton, New Jersey 08611<br>(973) 681-7979<br>Joseph R. Zapata, Jr., Esq.<br>jzapata@msbnj.com<br>*Attorneys for Andrea Dobin, Chapter 7 Trustee* |

**Order Filed on May 4, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In re:<br><br>**MARK B. ENGEL**,<br><br>                    Debtor. | Case No. 19-20646 (KCF)<br><br>Chapter 7<br><br>Honorable Kathryn C. Ferguson, U.S.B.J. |

### ORDER PURSUANT TO 11 U.S.C. § 105 AND FED. R. BANKR. P. 9006 EXTENDING THE STATUTE OF LIMITATIONS UNDER BANKRUPCY CODE SECTIONS 108(a) AND 546(a)

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: May 4, 2021**

_____
Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

(Page 2)

| | |
|---|---|
| Debtor: | Mark B. Engel |
| Case No.: | 19-20646 (KCF) |
| Caption of Order: | Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 9006 Extending the Statute of Limitations Under 11 U.S.C. §§ 108(a) and 546(a) |

**THIS MATTER,** having been presented to the Court by Andrea Dobin, the Chapter 7 Trustee (the "**Trustee**") in the bankruptcy proceeding of Mark B. Engel, Chapter 7 debtor, by and through her counsel, upon the filing of a Motion for the entry of an order pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 9006 extending the statute of limitations under 11 U.S.C. §§ 108(a) and 546(a) (the "**Motion**"); and due and proper notice of the Motion having been given; and the Court having considered the papers in support of the Motion and opposition thereto, if any; and oral argument, if any; and good and sufficient cause existing for the granting of the relief as set forth herein,

**IT IS ORDERED** that the statute of limitations under Bankruptcy Code Sections 108(a) and 546(a) be, and is hereby, extended to and including November 24, 2021.

**IT IS FURTHER ORDERED** that no defendants in an action commenced by the Trustee on or after May 28, 2021, and on or before November 24, 2021, shall be entitled to raise a statute of limitations defense pursuant 11 U.S.C. §§ 108(a) and 546(a).