|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **MCMANIMON, SCOTLAND & BAUMANN, LLC**<br>427 Riverview Plaza<br>Trenton, New Jersey 08611<br>(973) 681-7979<br>Joseph R. Zapata, Jr., Esq.<br>jzapata@msbnj.com<br>*Attorneys for Andrea Dobin, Chapter 7 Trustee* | **Order Filed on May 4, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |

| | |
|---|---|
| In re:<br><br>**MARK B. ENGEL**,<br><br>               Debtor. | Case No. 19-20646 (KCF)<br><br>Chapter 7<br><br>Honorable Kathryn C. Ferguson, U.S.B.J. |

**ORDER PURSUANT TO 11 U.S.C. § 105 AND FED. R. BANKR. P. 9006
EXTENDING THE STATUTE OF LIMITATIONS
UNDER BANKRUPCY CODE SECTIONS 108(a) AND 546(a)**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: May 4, 2021**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

(Page 2)

| | |
|---|---|
| Debtor: | Mark B. Engel |
| Case No.: | 19-20646 (KCF) |
| Caption of Order: | Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 9006 Extending the Statute of Limitations Under 11 U.S.C. §§ 108(a) and 546(a) |

**THIS MATTER,** having been presented to the Court by Andrea Dobin, the Chapter 7 Trustee (the "**Trustee**") in the bankruptcy proceeding of Mark B. Engel, Chapter 7 debtor, by and through her counsel, upon the filing of a Motion for the entry of an order pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 9006 extending the statute of limitations under 11 U.S.C. §§ 108(a) and 546(a) (the "**Motion**"); and due and proper notice of the Motion having been given; and the Court having considered the papers in support of the Motion and opposition thereto, if any; and oral argument, if any; and good and sufficient cause existing for the granting of the relief as set forth herein,

**IT IS ORDERED** that the statute of limitations under Bankruptcy Code Sections 108(a) and 546(a) be, and is hereby, extended to and including November 24, 2021.

**IT IS FURTHER ORDERED** that no defendants in an action commenced by the Trustee on or after May 28, 2021, and on or before November 24, 2021, shall be entitled to raise a statute of limitations defense pursuant 11 U.S.C. §§ 108(a) and 546(a).

4819-7831-4724, v. 1

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-20646-KCF |
| Mark B. Engel | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: May 04, 2021 | Form ID: pdf903 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 06, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Mark B. Engel, 40 Steven Ln, Lakewood, NJ 08701-1545 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2021          Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 4, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrea Dobin | ecftrusteead@msbnj.com  NJ55@ecfcbis.com |
| Andrea Dobin | on behalf of Trustee Andrea Dobin adobin@msbnj.com |
| Brian E Caine | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as Trustee for the RMAC Trust, Series 2016-CTT bcaine@parkermccay.com, BKcourtnotices@parkermccay.com |
| Denise E. Carlon | on behalf of Creditor VW Credit Inc. dba Audi Financial Services dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as Trustee for the RMAC Trust, Series 2016-CTT dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth K. Holdren | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for MTGLQ Investors  L.P. eholdren@hillwallack.com, jhanley@hillwallack.com;hwbknj@hillwallack.com |
| Joseph R Zapata, Jr | on behalf of Trustee Andrea Dobin jzapata@msbnj.com |

Kevin Gordon McDonald
on behalf of Creditor MTGLQ INVESTORS  LP kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Lauren Bielskie
on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov

Mark A. Roney
on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for MTGLQ Investors  L.P.
mroney@hillwallack.com, kgardiner@HillWallack.com

Michael A. Siravo, IV
on behalf of Trustee Andrea Dobin msiravo@msbnj.com  msiravo@trenklawfirm.com

Peter C. Lucas
on behalf of Attorney Peter Lucas peter@lucaslawoffices.com

Rebecca Ann Solarz
on behalf of Creditor MTGLQ INVESTORS  LP rsolarz@kmllawgroup.com

Timothy P. Neumann
on behalf of Debtor Mark B. Engel timothy.neumann25@gmail.com
btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;geoff.neumann@gmail.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

United States Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 16