Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  19−20646−KCF
Chapter:  7
Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mark B. Engel
   40 Steven Ln
   Lakewood, NJ 08701−1545

Social Security No.:
   xxx−xx−2811

Employer's Tax I.D. No.:

---

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on May 21, 2021, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 93 − 92
Order Granting Application to Employ Sharer Petree Brotz & Snyder as Accountant (Related Doc # 92). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 5/21/2021. (ghm)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: May 21, 2021
JAN: ghm

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 19-20646-KCF

Mark B. Engel                                                                                   Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 21, 2021 | Form ID: orderntc | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| acc | + Sharer Petree Brotz & Snyder, 1103 Laurel Oak Road, Suite 105B, Voorhees, NJ 08043-4376 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2021                          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrea Dobin | ecftrusteead@msbnj.com  NJ55@ecfcbis.com |
| Andrea Dobin | on behalf of Trustee Andrea Dobin adobin@msbnj.com |
| Brian E Caine | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as Trustee for the RMAC Trust, Series 2016-CTT bcaine@parkermccay.com, BKcourtnotices@parkermccay.com |
| Denise E. Carlon | on behalf of Creditor VW Credit Inc. dba Audi Financial Services dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as Trustee for the RMAC Trust, Series 2016-CTT dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth K. Holdren | |

|  |  |
|---|---|
| | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for MTGLQ Investors  L.P. eholdren@hillwallack.com, jhanley@hillwallack.com;hwbknj@hillwallack.com |
| Joseph R Zapata, Jr | on behalf of Trustee Andrea Dobin jzapata@msbnj.com |
| Kevin Gordon McDonald | on behalf of Creditor MTGLQ INVESTORS  LP kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Lauren Bielskie | on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov |
| Mark A. Roney | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for MTGLQ Investors  L.P. mroney@hillwallack.com, kgardiner@HillWallack.com |
| Michael A. Siravo, IV | on behalf of Trustee Andrea Dobin msiravo@msbnj.com  msiravo@trenklawfirm.com |
| Peter C. Lucas | on behalf of Attorney Peter Lucas peter@lucaslawoffices.com |
| Rebecca Ann Solarz | on behalf of Creditor MTGLQ INVESTORS  LP rsolarz@kmllawgroup.com |
| Timothy P. Neumann | on behalf of Debtor Mark B. Engel timothy.neumann25@gmail.com btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;geoff.neumann@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| United States Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 16