Form 170 – ntchrgdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.: 19−20646−KCF
                Chapter: 7
                Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Mark B. Engel
    40 Steven Ln
    Lakewood, NJ 08701−1545

Social Security No.:
    xxx−xx−2811

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON DISMISSAL OF CASE

Notice is hereby given that:

☑    A Motion to Dismiss has been filed by Geoffrey P. Neumann on behalf of Mark B. Engel.

☐    An Order to Show Cause Why the Case Should Not be Dismissed concerning the issue highlighted below has been entered by the Court.

    ☐    The debtor has not complied with the credit counseling requirements of the Bankruptcy Code.

    ☐    The debtor is a corporation and has filed under Chapter 13 of the Bankruptcy code.

    ☐    The corporate debtor is self−represented.

    ☐    Other: .

A hearing to determine if there is cause for dismissal will be held by the Honorable Kathryn C. Ferguson on,

Date: 11/16/21
Time: 10:00 AM
Location: Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Dated: October 25, 2021
JAN:

                              Jeanne Naughton
                              Clerk

United States Bankruptcy Court

District of New Jersey

In re:    Case No. 19-20646-KCF

Mark B. Engel    Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 3
Date Rcvd: Oct 25, 2021    Form ID: 170    Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Mark B. Engel, 40 Steven Ln, Lakewood, NJ 08701-1545 |
| aty | + | Peter Lucas, Law Offices of Peter C. Lucas, LLC, 725 Carol Avenue, PO Box 490, Oakhurst, NJ 07755-0490 |
| acc | + | Sharer Petree Brotz & Snyder, 1103 Laurel Oak Road, Suite 105B, Voorhees, NJ 08043-4376 |
| acc | + | Zev Kaufman, 7 Cabinfield Circle, Lakewood, NJ 08701-2038 |
| 518269750 | | Caitlyn Lopez, Esq., Stern Lavinthal & Frankenberg, LLC, 105 Eisenhower Pkwy, Roseland, NJ 07068-1640 |
| 518495126 | | MTGLQ Investors, L.P., c/o NewRez LLC dba Shellpoint Mortgage S, P.O. Box 10826, Greenville, SC 29603-0826 |
| 518504750 | + | MTGLQ Investors, LP, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 518269752 | | NJNG, PO Box 11743, Newark, NJ 07101-4743 |
| 519001144 | + | Neil Engel, Lori Engel, Jason Engel and Brian Enge, c/o Law Offices of Peter C. Lucas, LLC, 725 Carol Avenue, PO Box 490, Oakhurst, NJ 07755-0490 |
| 518493289 | ++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020 address filed with court:, NEW CENTURY FINANCIAL SERVICES, INC, Pressler, Felt & Warshaw, LLP, 7 Entin Rd, Parsippany, NJ 07054 |
| 518269753 | | Rushmore Loan Management Services, Customer Service Department, PO Box 52708, Irvine, CA 92619-2708 |
| 518839832 | + | TD Bank, N.A., c/o Schiller Knapp Lefkowitz, & Hertzel LLP, 950 New Loudon Road, Latham New York 12110-2190 |
| 518269754 | | TD Bank. N.A., PO Box 100290, Columbia, SC 29202-3290 |
| 518501138 | + | U.S. Bank National Association, Rushmore Loan Management Services, POB 55004, Irvine, CA 92619-5004 |
| 518497451 | + | U.S. Bank National Association, et al, c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708 |
| 518607557 | + | VW Credit Inc. dba Audi Financial Services, c/o VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 25 2021 20:23:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 25 2021 20:23:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518281571 | | Email/Text: mrdiscen@discover.com | Oct 25 2021 20:23:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518269751 | | Email/Text: mrdiscen@discover.com | Oct 25 2021 20:23:00 | Discover card, PO Box 71084, Charlotte, NC 28272-1084 |
| 518281920 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 25 2021 20:23:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518490986 | + | Email/PDF: bankruptcy@ncfsi.com | Oct 25 2021 20:38:39 | New Century Financial Services, Inc., 110 South Jefferson Road, Suite 104, Whippany NJ 07981-1038 |
| 518493289 | | Email/Text: signed.order@pfwattorneys.com | Oct 25 2021 20:23:00 | NEW CENTURY FINANCIAL SERVICES, INC, Pressler, Felt & Warshaw, LLP, 7 Entin Rd, Parsippany, NJ 07054 |
| 518270476 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 25 2021 20:38:44 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

Case 19-20646-KCF    Doc 97    Filed 10/27/21    Entered 10/28/21 00:13:09    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 25, 2021 | Form ID: 170 | Total Noticed: 26 |

| 518803742 | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | | |
|---|---|---|---|
| | | Oct 25 2021 20:23:00 | United States Trustee, One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519196488 | Email/Text: vci.bkcy@vwcredit.com | | |
| | | Oct 25 2021 20:23:00 | Audi Financial Services, PO Box 7498, Libertyville, IL 60048-7498 |
| 518269755 | Email/Text: bankruptcydept@wyn.com | | |
| | | Oct 25 2021 20:23:00 | Wyndham Rewards/Barclay, PO Box 13337, Philadelphia, PA 19101-3337 |

TOTAL: 11

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2021          Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 22, 2021 at the address(es) listed below:

| **Name** | **Email Address** |
|---|---|
| Andrea Dobin | ecftrusteead@msbnj.com NJ55@ecfcbis.com;trusteedobin@remote7solutions.com |
| Andrea Dobin | on behalf of Trustee Andrea Dobin adobin@msbnj.com |
| Brian E Caine | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as Trustee for the RMAC Trust, Series 2016-CTT bcaine@parkermccay.com, BKcourtnotices@parkermccay.com |
| Denise E. Carlon | on behalf of Creditor VW Credit Inc. dba Audi Financial Services dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as Trustee for the RMAC Trust, Series 2016-CTT dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth K. Holdren | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for MTGLQ Investors  L.P. eholdren@hillwallack.com, jhanley@hillwallack.com;hwbknj@hillwallack.com;eholdren@ecf.courtdrive.com |
| Geoffrey P. Neumann | on behalf of Debtor Mark B. Engel geoff.neumann@gmail.com |
| Joseph R Zapata, Jr | on behalf of Trustee Andrea Dobin jzapata@msbnj.com |
| Kevin Gordon McDonald | on behalf of Creditor MTGLQ INVESTORS  LP kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Lauren Bielskie | on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov |

| | |
|---|---|
| Mark A. Roney | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for MTGLQ Investors L.P. mroney@hillwallack.com, kgardiner@HillWallack.com;mroney@ecf.courtdrive.com |
| Michael A. Siravo, IV | on behalf of Trustee Andrea Dobin msiravo@msbnj.com msiravo@trenklawfirm.com |
| Peter C. Lucas | on behalf of Attorney Peter Lucas peter@lucaslawoffices.com |
| Rebecca Ann Solarz | on behalf of Creditor MTGLQ INVESTORS LP rsolarz@kmllawgroup.com |
| Timothy P. Neumann | on behalf of Debtor Mark B. Engel timothy.neumann25@gmail.com btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;geoff.neumann@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| United States Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 17