Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                                    Case No.:  19−20646−KCF
                                    Chapter:  7
                                    Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mark B. Engel
   40 Steven Ln
   Lakewood, NJ 08701−1545

Social Security No.:
   xxx−xx−2811

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/16/21.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).


Dated: November 16, 2021
JAN: ckk

                                                                                          Jeanne Naughton
                                                                                         Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                              Case No. 19-20646-KCF
Mark B. Engel                                                                                 Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 3
Date Rcvd: Nov 16, 2021     Form ID: 148     Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Mark B. Engel, 40 Steven Ln, Lakewood, NJ 08701-1545 |
| aty | + | Peter Lucas, Law Offices of Peter C. Lucas, LLC, 725 Carol Avenue, PO Box 490, Oakhurst, NJ 07755-0490 |
| acc | + | Sharer Petree Brotz & Snyder, 1103 Laurel Oak Road, Suite 105B, Voorhees, NJ 08043-4376 |
| acc | + | Zev Kaufman, 7 Cabinfield Circle, Lakewood, NJ 08701-2038 |
| 518269750 | | Caitlyn Lopez, Esq., Stern Lavinthal & Frankenberg, LLC, 105 Eisenhower Pkwy, Roseland, NJ 07068-1640 |
| 518495126 | | MTGLQ Investors, L.P., c/o NewRez LLC dba Shellpoint Mortgage S, P.O. Box 10826, Greenville, SC 29603-0826 |
| 518504750 | + | MTGLQ Investors, LP, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 518269752 | | NJNG, PO Box 11743, Newark, NJ 07101-4743 |
| 519001144 | + | Neil Engel, Lori Engel, Jason Engel and Brian Enge, c/o Law Offices of Peter C. Lucas, LLC, 725 Carol Avenue, PO Box 490, Oakhurst, NJ 07755-0490 |
| 518269753 | | Rushmore Loan Management Services, Customer Service Department, PO Box 52708, Irvine, CA 92619-2708 |
| 518839832 | + | TD Bank, N.A., c/o Schiller Knapp Lefkowitz, & Hertzel LLP, 950 New Loudon Road, Latham New York 12110-2190 |
| 518269754 | | TD Bank. N.A., PO Box 100290, Columbia, SC 29202-3290 |
| 518501138 | + | U.S. Bank National Association, Rushmore Loan Management Services, POB 55004, Irvine, CA 92619-5004 |
| 518497451 | + | U.S. Bank National Association, et al, c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708 |
| 518607557 | + | VW Credit Inc. dba Audi Financial Services, c/o VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 16 2021 20:32:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 16 2021 20:32:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518281571 | | EDI: DISCOVER.COM | Nov 17 2021 01:38:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518269751 | | EDI: DISCOVER.COM | Nov 17 2021 01:38:00 | Discover card, PO Box 71084, Charlotte, NC 28272-1084 |
| 518281920 | + | EDI: IRS.COM | Nov 17 2021 01:38:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518490986 | + | Email/PDF: bankruptcy@ncfsi.com | Nov 16 2021 20:43:33 | New Century Financial Services, Inc., 110 South Jefferson Road, Suite 104, Whippany NJ 07981-1038 |
| 518493289 | | Email/Text: signed.order@pfwattorneys.com | Nov 16 2021 20:32:00 | NEW CENTURY FINANCIAL SERVICES, INC, Pressler, Felt & Warshaw, LLP, 7 Entin Rd, Parsippany, NJ 07054 |
| 518270476 | + | EDI: RMSC.COM | Nov 17 2021 01:38:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518803742 | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 16 2021 20:32:00 | United States Trustee, One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

Case 19-20646-KCF    Doc 99    Filed 11/18/21    Entered 11/19/21 00:12:09    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 16, 2021 | Form ID: 148 | Total Noticed: 26 |

| 519196488 | Email/Text: vci.bkcy@vwcredit.com | Nov 16 2021 20:32:00 | Audi Financial Services, PO Box 7498, Libertyville, IL 60048-7498 |
|---|---|---|---|
| 518269755 | Email/Text: bankruptcydept@wyn.com | Nov 16 2021 20:32:00 | Wyndham Rewards/Barclay, PO Box 13337, Philadelphia, PA 19101-3337 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 18, 2021           Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrea Dobin | ecftrusteead@msbnj.com NJ55@ecfcbis.com;trusteedobin@remote7solutions.com |
| Andrea Dobin | on behalf of Trustee Andrea Dobin adobin@msbnj.com |
| Brian E Caine | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as Trustee for the RMAC Trust, Series 2016-CTT bcaine@parkermccay.com, BKcourtnotices@parkermccay.com |
| Denise E. Carlon | on behalf of Creditor VW Credit Inc. dba Audi Financial Services dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as Trustee for the RMAC Trust, Series 2016-CTT dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth K. Holdren | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for MTGLQ Investors L.P. eholdren@hillwallack.com, jhanley@hillwallack.com;hwbknj@hillwallack.com;eholdren@ecf.courtdrive.com |
| Geoffrey P. Neumann | on behalf of Debtor Mark B. Engel geoff.neumann@gmail.com |
| Joseph R Zapata, Jr | on behalf of Trustee Andrea Dobin jzapata@msbnj.com |
| Kevin Gordon McDonald | on behalf of Creditor MTGLQ INVESTORS LP kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Lauren Bielskie | on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov |
| Mark A. Roney | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for MTGLQ Investors L.P. mroney@hillwallack.com, kgardiner@HillWallack.com;mroney@ecf.courtdrive.com |

District/off: 0312-3 | User: admin | Page 3 of 3
Date Rcvd: Nov 16, 2021 | Form ID: 148 | Total Noticed: 26

Michael A. Siravo, IV
    on behalf of Trustee Andrea Dobin msiravo@msbnj.com  msiravo@trenklawfirm.com

Peter C. Lucas
    on behalf of Attorney Peter Lucas peter@lucaslawoffices.com

Rebecca Ann Solarz
    on behalf of Creditor MTGLQ INVESTORS  LP rsolarz@kmllawgroup.com

Timothy P. Neumann
    on behalf of Debtor Mark B. Engel timothy.neumann25@gmail.com
    btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;geoff.neumann@gmail.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

United States Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 17