Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−20646−KCF
Chapter: 7
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mark B. Engel
   40 Steven Ln
   Lakewood, NJ 08701−1545

Social Security No.:
   xxx−xx−2811

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Kathryn C. Ferguson on:

Date:    1/13/22
Time:    02:30 PM
Location:    Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
McManimon Scotland & Baumann LLC, Trustee's Attorney

COMMISSION OR FEES
fee: $40,083.00

EXPENSES
expenses: $406.45

If this is a chapter 13 case, the fees and expenses awarded:

☐   will not reduce the amount to be paid to general unsecured creditors under the plan.

☐   will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: December 8, 2021
JAN:

                                                          Jeanne Naughton
                                                          Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Mark B. Engel  
    Debtor

Case No. 19-20646-KCF  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Dec 08, 2021      Form ID: 137      Total Noticed: 26

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 10, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Mark B. Engel, 40 Steven Ln, Lakewood, NJ 08701-1545 |
| aty | + | Peter Lucas, Law Offices of Peter C. Lucas, LLC, 725 Carol Avenue, PO Box 490, Oakhurst, NJ 07755-0490 |
| acc | + | Sharer Petree Brotz & Snyder, 1103 Laurel Oak Road, Suite 105B, Voorhees, NJ 08043-4376 |
| acc | + | Zev Kaufman, 7 Cabinfield Circle, Lakewood, NJ 08701-2038 |
| 518269750 | | Caitlyn Lopez, Esq., Stern Lavinthal & Frankenberg, LLC, 105 Eisenhower Pkwy, Roseland, NJ 07068-1640 |
| 518495126 | | MTGLQ Investors, L.P., c/o NewRez LLC dba Shellpoint Mortgage S, P.O. Box 10826, Greenville, SC 29603-0826 |
| 518504750 | + | MTGLQ Investors, LP, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 518269752 | | NJNG, PO Box 11743, Newark, NJ 07101-4743 |
| 519001144 | + | Neil Engel, Lori Engel, Jason Engel and Brian Enge, c/o Law Offices of Peter C. Lucas, LLC, 725 Carol Avenue, PO Box 490, Oakhurst, NJ 07755-0490 |
| 518269753 | | Rushmore Loan Management Services, Customer Service Department, PO Box 52708, Irvine, CA 92619-2708 |
| 518839832 | + | TD Bank, N.A., c/o Schiller Knapp Lefkowitz, & Hertzel LLP, 950 New Loudon Road, Latham New York 12110-2190 |
| 518269754 | | TD Bank. N.A., PO Box 100290, Columbia, SC 29202-3290 |
| 518501138 | + | U.S. Bank National Association, Rushmore Loan Management Services, POB 55004, Irvine, CA 92619-5004 |
| 518497451 | + | U.S. Bank National Association, et al, c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708 |
| 518607557 | + | VW Credit Inc. dba Audi Financial Services, c/o VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 08 2021 20:50:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 08 2021 20:50:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518281571 | | Email/Text: mrdiscen@discover.com | Dec 08 2021 20:49:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518269751 | | Email/Text: mrdiscen@discover.com | Dec 08 2021 20:49:00 | Discover card, PO Box 71084, Charlotte, NC 28272-1084 |
| 518281920 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 08 2021 20:50:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518490986 | + | Email/PDF: bankruptcy@ncfsi.com | Dec 08 2021 21:03:51 | New Century Financial Services, Inc., 110 South Jefferson Road, Suite 104, Whippany NJ 07981-1038 |
| 518493289 | | Email/Text: signed.order@pfwattorneys.com | Dec 08 2021 20:50:00 | NEW CENTURY FINANCIAL SERVICES, INC, Pressler, Felt & Warshaw, LLP, 7 Entin Rd, Parsippany, NJ 07054 |
| 518270476 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 08 2021 21:03:41 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518803742 | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 08 2021 20:50:00 | United States Trustee, One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 08, 2021 | Form ID: 137 | Total Noticed: 26 |

| 519196488 | Email/Text: vci.bkcy@vwcredit.com | Dec 08 2021 20:50:00 | Audi Financial Services, PO Box 7498, Libertyville, IL 60048-7498 |
| 518269755 | Email/Text: bankruptcydept@wyn.com | Dec 08 2021 20:50:00 | Wyndham Rewards/Barclay, PO Box 13337, Philadelphia, PA 19101-3337 |

TOTAL: 11

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 10, 2021        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 7, 2021 at the address(es) listed below:

**Name** **Email Address**

Andrea Dobin
ecftrusteead@msbnj.com NJ55@ecfcbis.com;trusteedobin@remote7solutions.com

Andrea Dobin
on behalf of Trustee Andrea Dobin adobin@msbnj.com

Brian E Caine
on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as Trustee for the RMAC Trust, Series 2016-CTT bcaine@parkermccay.com, BKcourtnotices@parkermccay.com

Denise E. Carlon
on behalf of Creditor VW Credit Inc. dba Audi Financial Services dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Denise E. Carlon
on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as Trustee for the RMAC Trust, Series 2016-CTT dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Elizabeth K. Holdren
on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for MTGLQ Investors L.P. eholdren@hillwallack.com, jhanley@hillwallack.com;hwbknj@hillwallack.com;eholdren@ecf.courtdrive.com

Geoffrey P. Neumann
on behalf of Debtor Mark B. Engel geoff.neumann@gmail.com

Joseph R Zapata, Jr
on behalf of Trustee Andrea Dobin jzapata@msbnj.com

Kevin Gordon McDonald
on behalf of Creditor MTGLQ INVESTORS LP kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Lauren Bielskie
on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov

Mark A. Roney
on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for MTGLQ Investors L.P. mroney@hillwallack.com, kgardiner@HillWallack.com;mroney@ecf.courtdrive.com

| | |
|---|---|
| Michael A. Siravo, IV | on behalf of Trustee Andrea Dobin msiravo@msbnj.com  msiravo@trenklawfirm.com |
| Peter C. Lucas | on behalf of Attorney Peter Lucas peter@lucaslawoffices.com |
| Rebecca Ann Solarz | on behalf of Creditor MTGLQ INVESTORS  LP rsolarz@kmllawgroup.com |
| Timothy P. Neumann | on behalf of Debtor Mark B. Engel timothy.neumann25@gmail.com btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;geoff.neumann@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| United States Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 17