

| |
|---|
| UNITED STATES BANKRUPTY COURT<br>DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br>McMANIMON, SCOTLAND<br>& BAUMANN, LLC<br>427 Riverview Plaza<br>Trenton, NJ  08611<br>609.695.6070<br>*ATTORNEYS FOR ANDREA DOBIN,<br>CHAPTER 7 TRUSTEE* |
| IN RE:<br><br>MARK B. ENGEL,<br><br>                                   Debtor. |

**Order Filed on January 14, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.    19-20646(KCF)

Hearing Date: January 13, 2022
at 2:30 p.m.

Judge: Kathryn C. Ferguson, U.S.B.J.

**ORDER ALLOWING FIRST AND FINAL ALLOWANCE OF FEES &
EXPENSES TO McMANIMON, SCOTLAND & BAUMANN, LLC
COUNSEL TO ANDREA DOBIN, CHAPTER 7 TRUSTEE**

The relief set forth on the following page number two (2) is hereby **ORDERED**.

**DATED: January 14, 2022**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**(Page 2)**
Debtor:  Mark B. Engel
Case No:  19-20646(KCF)
Caption of Order: Order Allowing Fees & Expenses of Counsel to the Trustee

**THIS MATTER** having been opened to the Court upon the Application of McManimon, Scotland & Baumann, LLC, counsel to the Trustee (the "Applicant"), in the above-captioned proceeding, for the entry of an Order allowing first and final allowance of fees and expenses to Applicant, and the Court having read and considered the Applicant's Application and the supporting Affidavit, and notice of said Application having been given to the Office of the United States Trustee, Debtor and Debtor's counsel, and all others requesting electronic notice, and for other and good cause shown:

**IT IS ORDERED:**

1.    McManimon, Scotland & Baumann, LLC, counsel to the Trustee, is hereby granted first and final allowance on account of legal services rendered to the Trustee in the sum of $40,083.00 together with the sum of $406.45 for out-of-pocket disbursements, for a total allowance of $40,489.45 without prejudice to said counsel's right to seek additional allowances.

4869-1441-5109, v. 1

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-20646-KCF |
| Mark B. Engel | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 14, 2022 | Form ID: pdf903 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 16, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Mark B. Engel, 40 Steven Ln, Lakewood, NJ 08701-1545 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2022         Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 14, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrea Dobin | on behalf of Trustee Andrea Dobin adobin@msbnj.com |
| Andrea Dobin | ecftrusteead@msbnj.com NJ55@ecfcbis.com;trusteedobin@remote7solutions.com |
| Brian E Caine | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as Trustee for the RMAC Trust, Series 2016-CTT bcaine@parkermccay.com, BKcourtnotices@parkermccay.com |
| Denise E. Carlon | on behalf of Creditor VW Credit Inc. dba Audi Financial Services dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as Trustee for the RMAC Trust, Series 2016-CTT dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth K. Holdren | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for MTGLQ Investors L.P. eholdren@hillwallack.com, jhanley@hillwallack.com;hwbknj@hillwallack.com;eholdren@ecf.courtdrive.com |
| Geoffrey P. Neumann | on behalf of Debtor Mark B. Engel geoff.neumann@gmail.com |

Case 19-20646-KCF    Doc 104    Filed 01/16/22    Entered 01/17/22 00:15:51    Desc
Imaged Certificate of Notice    Page 4 of 4

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 14, 2022 | Form ID: pdf903 | Total Noticed: 1 |

| | |
|---|---|
| Joseph R Zapata, Jr | on behalf of Trustee Andrea Dobin jzapata@msbnj.com |
| Kevin Gordon McDonald | on behalf of Creditor MTGLQ INVESTORS LP kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Lauren Bielskie | on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov |
| Mark A. Roney | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for MTGLQ Investors L.P. mroney@hillwallack.com, kgardiner@HillWallack.com;mroney@ecf.courtdrive.com |
| Michael A. Siravo, IV | on behalf of Trustee Andrea Dobin msiravo@msbnj.com  msiravo@trenklawfirm.com |
| Peter C. Lucas | on behalf of Attorney Peter Lucas peter@lucaslawoffices.com |
| Rebecca Ann Solarz | on behalf of Creditor MTGLQ INVESTORS LP rsolarz@kmllawgroup.com |
| Timothy P. Neumann | on behalf of Debtor Mark B. Engel timothy.neumann25@gmail.com btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;geoff.neumann@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| United States Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 17