UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**MᴄMᴀɴɪᴍᴏɴ, Sᴄᴏᴛʟᴀɴᴅ & Bᴀᴜᴍᴀɴɴ, LLC**
427 Riverview Plaza
Trenton, New Jersey 08611
(973) 681-7979
Joseph R. Zapata, Jr., Esq.
jzapata@msbnj.com
*Attorneys for Andrea Dobin, Chapter 7 Trustee*

Order Filed on August 23, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

**MARK B. ENGEL**,

                    Debtor.

Case No. 19-20646 (KCF)

Chapter 7

Honorable Kathryn C. Ferguson, U.S.B.J.

## ORDER CLOSING THE DEBTOR'S BANKRUPTCY CASE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

DATED: August 23, 2022

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

(Page 2)

| | |
|---|---|
| Debtor: | Mark B. Engel |
| Case No.: | 19-20646 (KCF) |
| Caption of Order: | Order Closing the Debtor's Bankruptcy Case |

**THIS MATTER,** having been presented to the Court by Andrea Dobin, the Chapter 7 Trustee (the "**Trustee**") in the bankruptcy proceeding of Mark B. Engel, Chapter 7 debtor, by and through her counsel, upon the filing of a Motion for the entry of an order closing the Debtor's bankruptcy case (the "**Motion**"); and due and proper notice of the Motion having been given; and the Court having considered the papers in support of the Motion and opposition thereto, if any; and oral argument, if any; and good and sufficient cause existing for the granting of the relief as set forth herein, it is hereby:

**ORDERED AS FOLLOWS:**

1.      The Debtor's bankruptcy case be, and is hereby, closed.

2.      A Final Decree will be docketed forthwith.

4860-1706-4492, v. 1