UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**MCMANIMON, SCOTLAND & BAUMANN, LLC**
427 Riverview Plaza
Trenton, New Jersey 08611
(973) 681-7979
Joseph R. Zapata, Jr., Esq.
jzapata@msbnj.com
*Attorneys for Andrea Dobin, Chapter 7 Trustee*

**Order Filed on August 23, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In re:

**MARK B. ENGEL**,

                              Debtor.

Case No. 19-20646 (KCF)

Chapter 7

Honorable Kathryn C. Ferguson, U.S.B.J.

## ORDER CLOSING THE DEBTOR'S BANKRUPTCY CASE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: August 23, 2022**

_____
Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

(Page 2)

Debtor:              Mark B. Engel
Case No.:            19-20646 (KCF)
Caption of Order:    Order Closing the Debtor's Bankruptcy Case

---

**THIS MATTER,** having been presented to the Court by Andrea Dobin, the Chapter 7

Trustee (the "**Trustee**") in the bankruptcy proceeding of Mark B. Engel, Chapter 7 debtor, by and

through her counsel, upon the filing of a Motion for the entry of an order closing the Debtor's

bankruptcy case (the "**Motion**"); and due and proper notice of the Motion having been given; and

the Court having considered the papers in support of the Motion and opposition thereto, if any;

and oral argument, if any; and good and sufficient cause existing for the granting of the relief as

set forth herein, it is hereby:

**ORDERED AS FOLLOWS:**

1.     The Debtor's bankruptcy case be, and is hereby, closed.

2.     A Final Decree will be docketed forthwith.

United States Bankruptcy Court

District of New Jersey

In re:                                                                          Case No. 19-20646-KCF

Mark B. Engel                                                                   Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 24, 2022 | Form ID: pdf903 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Mark B. Engel, 40 Steven Ln, Lakewood, NJ 08701-1545 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2022                        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrea Dobin | on behalf of Trustee Andrea Dobin adobin@msbnj.com  cgallo@msbnj.com |
| Andrea Dobin | ecftrusteead@msbnj.com  NJ55@ecfcbis.com;trusteedobin@remote7solutions.com |
| Brian E Caine | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as Trustee for the RMAC Trust, Series 2016-CTT bcaine@parkermccay.com, BKcourtnotices@parkermccay.com |
| Denise E. Carlon | on behalf of Creditor VW Credit Inc. dba Audi Financial Services dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as Trustee for the RMAC Trust, Series 2016-CTT dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth K. Holdren | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for MTGLQ Investors  L.P. eholdren@hillwallack.com, jhanley@hillwallack.com;hwbknj@hillwallack.com;eholdren@ecf.courtdrive.com |
| Geoffrey P. Neumann | on behalf of Debtor Mark B. Engel geoff.neumann@gmail.com  timothy.neumann25@gmail.com;btassillo@aol.com |

District/off: 0312-3                          User: admin                                    Page 2 of 2
Date Rcvd: Aug 24, 2022                       Form ID: pdf903                                 Total Noticed: 1

Joseph R Zapata, Jr
        on behalf of Trustee Andrea Dobin jzapata@msbnj.com

Kevin Gordon McDonald
        on behalf of Creditor MTGLQ INVESTORS  LP kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Lauren Bielskie
        on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov

Mark A. Roney
        on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for MTGLQ Investors  L.P.
mroney@hillwallack.com, kgardiner@HillWallack.com;mroney@ecf.courtdrive.com

Michael A. Siravo, IV
        on behalf of Trustee Andrea Dobin msiravo@msbnj.com  msiravo@trenklawfirm.com

Peter C. Lucas
        on behalf of Attorney Peter Lucas peter@lucaslawoffices.com

Rebecca Ann Solarz
        on behalf of Creditor MTGLQ INVESTORS  LP rsolarz@kmllawgroup.com

Timothy P. Neumann
        on behalf of Debtor Mark B. Engel timothy.neumann25@gmail.com
btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;geoff.neumann@gmail.com

U.S. Trustee
        USTPRegion03.NE.ECF@usdoj.gov

United States Trustee
        USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 17