THE KELLY FIRM, P.C.
Andrew J. Kelly, Esq.
Coast Capital Building
1011 Highway 71, Suite 200
Spring Lake, New Jersey 07762
(732) 449-0525
akelly@kbtlaw.com
Attorneys for Shmuel Z. Heiman

Order Filed on June 27, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In re:<br><br>MARK B. ENGEL,<br><br>　　　　　　　Debtor. | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY<br><br>Chapter 7<br><br>Case No.: 19-20646 (KCF)<br><br>Hearing Date: June 27, 2023, 10 a.m.<br><br>**ORAL ARGUMENT REQUESTED** |
|---|---|

**ORDER REOPENING CASE NO. 19-20646 AND ANNULLING AUTOMATIC STAY**

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

**DATED: June 27, 2023**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

(Page 2)

Debtor: Mark B. Engel
Case No. 19-20646
Caption of Order: Order Reopening Case No. 19-20646 and Annulling Automatic Stay

Upon the Motion Shmuel Z. Heiman, a Creditor herein, by and through his counsel, The Kelly Firm, P.C., Andrew J. Kelly, Esq. appearing to Reopen the Debtor's Case and Annul the Automatic Stay, has hereinafter set forth, and for good cause shown, it is

**ORDERED** that the motion is granted; and it is further

**ORDERED** that the Debtor's Chapter 7 Case No. 19-20646 be and hereby is reopened to retroactively annul the automatic stay as to the State Court Judgment entered by the Superior Court of New Jersey On April 30, 2021.