THE KELLY FIRM, P.C.
Andrew J. Kelly, Esq.
Coast Capital Building
1011 Highway 71, Suite 200
Spring Lake, New Jersey 07762
(732) 449-0525
akelly@kbtlaw.com
Attorneys for Shmuel Z. Heiman



Order Filed on June 27, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re:<br><br>MARK B. ENGEL,<br><br>            Debtor. | **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY**<br><br>Chapter 7<br><br>Case No.: 19-20646 (KCF)<br><br>**Hearing Date: June 27, 2023, 10 a.m.**<br><br>**ORAL ARGUMENT REQUESTED** |

**ORDER REOPENING CASE NO. 19-20646 AND ANNULLING AUTOMATIC STAY**

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

**DATED: June 27, 2023**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

(Page 2)

Debtor: Mark B. Engel
Case No. 19-20646
Caption of Order: Order Reopening Case No. 19-20646 and Annulling Automatic Stay

    Upon the Motion Shmuel Z. Heiman, a Creditor herein, by and through his counsel, The Kelly Firm, P.C., Andrew J. Kelly, Esq. appearing to Reopen the Debtor's Case and Annul the Automatic Stay, has hereinafter set forth, and for good cause shown, it is

    **ORDERED** that the motion is granted; and it is further

    **ORDERED** that the Debtor's Chapter 7 Case No. 19-20646 be and hereby is reopened to retroactively annul the automatic stay as to the State Court Judgment entered by the Superior Court of New Jersey On April 30, 2021.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                              Case No. 19-20646-KCF
Mark B. Engel                                                                                       Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                          User: admin                                 Page 1 of 2
Date Rcvd: Jun 28, 2023                       Form ID: pdf903                             Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Mark B. Engel, 40 Steven Ln, Lakewood, NJ 08701-1545 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2023                    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 28, 2023 at the address(es) listed below:

**Name**               **Email Address**
Andrea Dobin
    on behalf of Trustee Andrea Dobin adobin@msbnj.com  cgallo@msbnj.com

Andrea Dobin
    ecftrusteead@msbnj.com  NJ55@ecfcbis.com;trusteedobin@remote7solutions.com

Andrew J. Kelly
    on behalf of Creditor Shmuel Z. Heiman akelly@kbtlaw.com  wsheridan@kbtlaw.com;aleight@kbtlaw.com

Brian E Caine
    on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as Trustee for the RMAC Trust, Series 2016-CTT bcaine@parkermccay.com, BKcourtnotices@parkermccay.com

Denise E. Carlon
    on behalf of Creditor VW Credit Inc. dba Audi Financial Services dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Denise E. Carlon
    on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as Trustee for the RMAC Trust, Series 2016-CTT dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Elizabeth K. Holdren
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for MTGLQ Investors  L.P. eholdren@hillwallack.com, jhanley@hillwallack.com;hwbknj@hillwallack.com;eholdren@ecf.courtdrive.com

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 28, 2023 | Form ID: pdf903 | Total Noticed: 1 |

Geoffrey P. Neumann
    on behalf of Debtor Mark B. Engel geoff.neumann@gmail.com timothy.neumann25@gmail.com;btassillo@aol.com

Joseph R Zapata, Jr
    on behalf of Trustee Andrea Dobin jzapata@msbnj.com

Kevin Gordon McDonald
    on behalf of Creditor MTGLQ INVESTORS LP kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Lauren Bielskie
    on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov

Mark A. Roney
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for MTGLQ Investors L.P. mroney@hillwallack.com, kgardiner@HillWallack.com;mroney@ecf.courtdrive.com

Michael A. Siravo, IV
    on behalf of Trustee Andrea Dobin msiravo@msbnj.com msiravo@trenklawfirm.com

Peter C. Lucas
    on behalf of Attorney Peter Lucas peter@lucaslawoffices.com

Rebecca Ann Solarz
    on behalf of Creditor MTGLQ INVESTORS LP rsolarz@kmllawgroup.com

Timothy P. Neumann
    on behalf of Debtor Mark B. Engel timothy.neumann25@gmail.com btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;geoff.neumann@gmail.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

United States Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 18